UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re: Chapter 11

Michael Novakhov

Case No.: 1-25-40073-jmm

Debtor.
-------------------------------------------------------X

**NOTICE OF ADJOURNMENT**

**PLEASE TAKE NOTICE** that the 341(a) Meeting of Creditors originally scheduled to be held **on February 18, 2025 at 10:00 A.M., Courtroom 3529, has been adjourned** on consent and will now be held **on February 18, 2025 at 10:30 A.M.**

Dated: Brooklyn, NY
February 14, 2025

*/s/ Alla Kachan*
Alla Kachan, Esq.