# EXHIBIT A

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
**Customer service information**

1.888.888.RWDS (1.888.888.7937)

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MICHAEL NOVAKHOV
119 NORFOLK ST
BROOKLYN, NY 11235-2305

# Your Adv Plus Banking Preferred Rewards Gold

for December 27, 2024 to January 28, 2025

Account nu[redacted]7392

**MICHAEL NOVAKHOV**

## Account summary

| | |
|---|---|
| Beginning balance on December 27, 2024 | $12,081.01 |
| Deposits and other additions | 77,468.10 |
| Withdrawals and other subtractions | -10,559.62 |
| Checks | -3,846.00 |
| Service fees | -0.00 |
| **Ending balance on January 28, 2025** | **$75,143.49** |

BANK OF AMERICA
Preferred Rewards

### Your Preferred Rewards status could change

We value our relationship with you and hope you are enjoying the Preferred Rewards benefits and rewards with your everyday banking. In order to maintain these benefits, you will need to increase your balance.

We are here to help. Talk with a specialist today about how to meet the program requirements at 888.888.RWDS (888.888.7937) and press 2.

SSM-10-24-0354.0 | 6112977

BANK OF AMERICA

MICHAEL NOVAKHOV [redacted] 7392 | December 27, 2024 to January 28, 2025

**Exclusively for BofA cardholders: 10% off skate rentals at Bank of America Winter Village at Bryant Park. Start planning the fun at wintervillage.org**

You will receive a 10% discount on eligible Skate Rentals when you use any Bank of America® issued debit or credit card as your form of payment to pay for your online purchase at checkout. Offer valid between October 25, 2024 and March 2, 2025. Offer only valid on rentals up to $500. Customers must enter their credit or debit card number, card expiration and CVV directly on the payment page online at checkout to qualify for this offer. If purchasing through a representative from Bryant Park, please confirm you are using a BofA credit or debit card. Except where required by law, cannot be redeemed for cash or cash equivalent, reproduced, modified, sold, traded, refunded or replaced if lost or stolen. Not valid on previous purchases or at any other location or website. No cash back. Bryant Park Corporation also reserves the right to change the terms and conditions applicable to discount codes at any time. Void where prohibited. Fulfillment of this offer is the sole responsibility of Bryant Park Corporation LLC. Discount cannot be applied using Google Wallet.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/30/24 | BKOFAMERICA [redacted] 8314 DEPOSIT *MOBILE NY | 12,000.00 |
| 12/30/24 | BKOFAMERIC [redacted] 2932 DEPOSIT *MOBILE NY | 12,000.00 |
| 12/30/24 | BKOFAMERICA M [redacted] 8413 DEPOSIT *MOBILE NY | 3,600.00 |
| 01/06/25 | BKOFAMERICA [redacted] 0103 DEPOSIT *MOBILE NY | 46,608.54 |
| 01/06/25 | BKOFAMERICA MO [redacted] 8025 DEPOSIT *MOBILE NY | 1.67 |
| 01/09/25 | PURCHASE REFUND 0107 AMAZON MARK* ZR8TV1870 HTTPSAMAZON.CWA [redacted] 82879 | 26.09 |
| 01/09/25 | PURCHASE REFUND 0108 AMAZON MARK* ZE5A96HJ0 HTTPSAMAZON.CWA [redacted] 4724 | 16.32 |
| 01/15/25 | NEW YORK STATE DE [redacted] 8211 INDN:NOVAKHOV,MICHAEL CO [redacted] 3200 PPD | 3,215.48 |
| **Total deposits and other additions** | | **$77,468.10** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 12/27/24 | PURCHASE 1227 AMAZON MARK* ZE4H87GK0 HTTPSAMAZON.CWA | -69.98 |
| 12/30/24 | PURCHASE 1227 AMAZON MARK* ZE5A96HJ0 HTTPSAMAZON.CWA | -37.46 |
| 12/30/24 | PURCHASE 1227 ACF TEAM NAVALNY WORLD.FBK.INFNY | -20.00 |

*continued on the next page*

## Help prevent check fraud

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
SSM-03-24-0504.B | 6490905

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 12/30/24 | CHECKCARD 1228 GASTRONOM ODESSA BROOKL[redacted]5012 | -38.82 |
| 12/31/24 | CHECKCARD 1230 SQ *LKB LAUNDROMAT BROOKL[redacted]4751 | -25.50 |
| 12/31/24 | MOBILE PURCHASE 1230 MUSCAT MARKET BROOKLYN NY | -55.87 |
| 12/31/24 | Online transfer to CHK 1741 Confirmation# kx1vlwvms; | -500.00 |
| 12/31/24 | PAYPAL DES:INST XFER ID:PMALL COM INDN:MICHAEL NOVAKHOV CO ID:PAYPALSI77 WEB | -43.96 |
| 12/31/24 | PAYPAL DES:INST XFER ID:PMALL COM INDN:MICHAEL NOVAKHOV CO ID:PAYPALSI77 WEB | -25.45 |
| 01/02/25 | MOBILE PURCHASE 1230 PHARMACY AT THE WAVE BROOKLYN NY | -33.82 |
| 01/02/25 | PMNT SENT 0101 APPLE CASH SENT MONEY 1INFINITELOOPCA | -50.00 |
| 01/02/25 | Zelle payment to Galya GOLDBERG for "child support January 2025"; Conf# kc86by7rf | -1,764.00 |
| 01/02/25 | NET COST MA[redacted]9430 MOBILE PURCHASE NET COST MARKET BROOKLYN NY | -29.08 |
| 01/06/25 | PMNT SENT 0103 APPLE CASH SENT MONEY 1INFINITELOOPCA | -150.00 |
| 01/07/25 | PURCHASE 0107 AMAZON RETA* ZP3KW0HW1 WWW.AMAZON.COWA | -111.48 |
| 01/07/25 | PURCHASE 0107 AMZN Mktp US*ZD1JH5IN2 Amzn.com/billWA | -9.99 |
| 01/08/25 | PURCHASE 0108 AMAZON MARK* ZD0009AW0 HTTPSAMAZON.CWA | -59.07 |
| 01/08/25 | PURCHASE 0107 AMZN Mktp US*ZD74X6AQ0 Amzn.com/billWA | -54.12 |
| 01/08/25 | PURCHASE 0107 Amazon Prime*ZD1KA4J50 Amzn.com/billWA | -16.32 |
| 01/08/25 | CHECKCARD 0108 eTip Best West San FranciscoCA | -5.00 |
| 01/09/25 | MOBILE PURCHASE 0107 POPEYES 3601417 SAUGERTIES NY | -11.77 |
| 01/10/25 | MOBILE PURCHASE 0108 TST*CLARK HOUSE HOSPITA Troy NY | -18.28 |
| 01/13/25 | Online transfer to CHK 1741 Confirmation# rl0duo34g; | -2,000.00 |
| 01/13/25 | TRANSFER MICHAEL NOVAKHOV:RACC C[redacted]4774 | -500.00 |
| 01/14/25 | MOBILE PURCHASE 0113 SAVE-MORE WINE & LIQUOR TROY NY | -17.27 |
| 01/14/25 | MOBILE PURCHASE 0113 STEWART S SHOPS #457 WATERVLIET NY | -9.83 |
| 01/15/25 | MOBILE PURCHASE 0113 TST*CLARK HOUSE HOSPITA Troy NY | -18.28 |
| 01/15/25 | MOBILE PURCHASE 0114 PANERA BREAD #202880 K HANNACROIX NY | -10.47 |
| 01/15/25 | PURCHASE 0115 AMAZON DIGI* ZG7BT3J22 HTTPSWWW.LINKWA | -9.99 |
| 01/16/25 | PURCHASE 0115 AMAZON MARK* ZD5XP19O1 HTTPSAMAZON.CWA | -29.33 |
| 01/16/25 | PURCHASE 0115 AMAZON MKTPL*Z58GK0VE0 Amzn.com/billWA | -78.99 |
| 01/17/25 | CHECKCARD 0116 BROOKLYN PUBLIC LIBRARY BROOKLYN [redacted]8523 | -54.86 |
| 01/17/25 | Mobile transfer to CHK 1741 Confirmation# mohm2awaa; | -3,000.00 |
| 01/21/25 | CHECKCARD 0117 HEALTHY CORNER PHARMACY FOREST HILLS NY [redacted]7135 | -30.00 |
| 01/21/25 | PURCHASE 0118 Amazon Prime*Z56YL3J01 Amzn.com/billWA | -151.34 |
| 01/21/25 | CHECKCARD 0119 TELECHARGE SVCE 2 80[redacted]249 | -233.00 |

continued on the next page

BANK OF AMERICA

MICHAEL NOVAKHOV [redacted] 7392 | December 27, 2024 to January 20, 2025

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 01/21/25 | PURCHASE 0121 AMAZON MARK* ZG67X60H0 HTTPSAMAZON.CWA | -74.00 |
| 01/21/25 | MOBILE PURCHASE 0120 UNIQLO 5th Avenue New York NY | -321.13 |
| 01/21/25 | Jackpocket DES:Jackpocket ID: ILRVBNVK7 INDN:Michael Novakhov CO ID:XXXXXXXXX WEB | -32.99 |
| 01/22/25 | MOBILE PURCHASE 0120 PRET A MANGER 3401218 RIDGEFIELD NJ | -15.12 |
| 01/22/25 | CHECKCARD 0122 eTip Best West San FranciscoCA | -5.00 |
| 01/22/25 | RACK ROOM [redacted] 0280 PURCHASE RACK ROOM SHOES # ALBANY NY | -181.58 |
| 01/22/25 | PAYPAL DES:INST XFER ID:TARGETCORPO INDN:MICHAEL NOVAKHOV CO ID:PAYPALSI77 WEB | -55.37 |
| 01/23/25 | PURCHASE 0123 AMAZON RETA* Z56436YT1 WWW.AMAZON.COWA | -79.98 |
| 01/24/25 | PAYPAL DES:INST XFER ID:BECKETT SIM INDN:MICHAEL NOVAKHOV CO ID:PAYPALSI77 WEB | -194.89 |
| 01/27/25 | CHECKCARD 0125 SQ *TERIYAKI ONE Brooklyn [redacted] 9865 | -13.71 |
| 01/27/25 | NET CO [redacted] 3577 MOBILE PURCHASE NET COST 3100 OC BROOKLYN NY | -119.04 |
| 01/27/25 | CHECKCARD 0126 LILY BLOOM 86 INC BROOKLY [redacted] 4701 | -7.00 |
| 01/27/25 | PASSPORTSERVICES DES:PAYMENT CHECK #: [redacted] 1972 CO [redacted] 0189 ARC | -160.00 |
| 01/28/25 | PURCHASE 0127 ACF TEAM NAVALNY WORLD.FBK.INFNY | -20.00 |
| 01/28/25 | MOBILE PURCHASE 0127 AG TRAVEL PLAZA 3601101 WALLKILL NY | -6.48 |
| **Total withdrawals and other subtractions** | | **-$10,559.62** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 01/07/25 | 1013 | -108.00 |
| 01/10/25 | 1014 | -2,000.00 |
| 01/06/25 | 1015 | -1,738.00 |

**Total checks** **-$3,846.00**

**Total # of checks** **3**

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

This page intentionally left blank

BANK OF AMERICA

MICHAEL NOVAKHO[redacted]7392 | December 27, 2024 to January 28, 2025

## Check images

**Account n[redacted]7392**
Check numb[redacted]: $108.00





Check number: 1014 | Amount: $2,000.00





Check number: 1015 | Amount: $1,738.00





This page intentionally left blank