# EXHIBIT A

**TD Bank**
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

MICHAEL NOVAKHOV
PERSONAL BANKRUPTCY
CASE 1 25 40073 JMM
104 W END AVE APT PH4
BROOKLYN NY 11235-4952

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Feb 06 2025-Feb 28 2025 |
| Cust Ref #: | [redacted]-### |
| Primary Account #: | [redacted]3017 |

## Chapter 11 Checking

MICHAEL NOVAKHOV
PERSONAL BANKRUPTCY
CASE 1 25 40073 JMM

[redacted]3017

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 71,527.80 |
| Electronic Deposits | 3,241.77 | Interest Earned This Period | 0.00 |
| Other Credits | 74,800.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,000.00 | Days in Period | 23 |
| Electronic Payments | 2,108.52 | | |
| Ending Balance | 74,933.25 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/13 | DEBIT CARD C[redacted]8942, AUT 021225 VISA DDA REF TARGET COM 800 591 3869 * MN | 25.92 |
| 02/24 | ACH DEPOSIT, NEW YORK STAT[redacted]8211 | 3,215.47 |
| 02/27 | ACH DEPOSIT, PAYPAL ACCTVE[redacted]8176 | 0.19 |
| 02/27 | ACH DEPOSIT, PAYPAL ACCTVE[redacted]8155 | 0.19 |
| | Subtotal: | 3,241.77 |

#### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | WIRE TRANSFER INCOMING, 1/MICHAEL NOVAKHOV | 74,800.00 |
| | Subtotal: | 74,800.00 |

#### Checks Paid

No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/26 | 1351 | 1,000.00 |

Subtotal: 1,000.00

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ | Ending Balance | 74,933.25 |
| ❷ | Total Deposits | + |
| ❸ | Sub Total | |
| ❹ | Total Withdrawals | - |
| ❺ | Adjusted Balance | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MICHAEL NOVAKHOV
PERSONAL BANKRUPTCY
CASE 1 25 40073 JMM

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Feb 06 2025-Feb 28 2025 |
| Cust Ref #: | [redacted]-### |
| Primary Account #: | [redacted]3017 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/11 | DBCRD PUR A[redacted]942, AUT 021025 VISA DDA PUR AP<br>MARKET32 PC[redacted] TROY * NY | 38.45 |
| 02/12 | DBCRD PUR[redacted]942, AUT 021025 VISA DDA PUR AP<br>APPLE CAS[redacted] 1INFINITELOOP * CA | 300.00 |
| 02/12 | DBCRD [redacted]8942, AUT 021125 VISA DDA PUR AP<br>AMAZON MARK 512RH0KR3 AMAZON COM MA * WA | 14.10 |
| 02/12 | DBCRD [redacted]8942, AUT 021025 VISA DDA PUR AP<br>EMPIRESTATEPLAZACAFE ALBANY * NY | 13.18 |
| 02/12 | DBCRD P[redacted]8942, AUT 021125 VISA DDA PUR AP<br>EMPIRESTATEPLAZACAFE ALBANY * NY | 4.74 |
| 02/13 | DBCRD [redacted]8942, AUT 021225 VISA DDA PUR AP<br>TARGET COM 800 591 3869 * MN | 25.92 |
| 02/13 | DBCRD P[redacted]8942, AUT 021225 VISA DDA PUR AP<br>EMPIRESTATEPLAZACAFE ALBANY * NY | 8.63 |
| 02/14 | DBCRD [redacted]8942, AUT 021125 VISA DDA PUR AP<br>AMAZON MARK XZ9I15AX3 AMAZON COM MA * WA | 54.46 |
| 02/14 | DBC[redacted]8942, AUT 021225 VISA DDA PUR AP<br>PA[redacted]316 RUBY * NY | 15.22 |
| 02/20 | DBCRD P[redacted]942, AUT 021925 VISA DDA PUR AP<br>SMUGGS GUEST SERVICES JEFFERSONVLLE * VT | 190.84 |
| 02/21 | DBCRD [redacted]942, AUT 022025 VISA DDA PUR AP<br>FRIENDLYS HOLYOKE * MA | 82.00 |
| 02/24 | DBCRD P[redacted]942, AUT 022225 VISA DDA PUR AP<br>APPLE CASH SENT MONEY 1INFINITELOOP * CA | 100.00 |
| 02/24 | DEBIT P[redacted]942, AUT 022425 DDA PURCHASE AP<br>[redacted]0183 PLATTEKILL * NY | 53.68 |
| 02/24 | DBCRD P[redacted]8942, AUT 022225 VISA DDA PUR AP<br>AMAZON MARK 1X7HV8A43 AMAZON COMMAR * WA | 26.62 |
| 02/24 | DBCRD P[redacted]8942, AUT 022325 VISA DDA PUR AP<br>AMAZON MARK XO41D32I3 AMAZON COM MA * WA | 21.76 |
| 02/24 | DBCRD P[redacted]8942, AUT 022225 VISA DDA PUR AP<br>AMAZON MKTPL AC0P62E03 AMZN COM BILL * WA | 17.84 |
| 02/24 | DEBIT P[redacted]942, AUT 022225 DDA PURCHASE AP<br>KINGS 3003 MART BROOKLYN * NY | 9.79 |
| 02/25 | DBCRD[redacted]8942, AUT 022425 VISA DDA PUR AP<br>MARKET32 PCHOPPER 181 TROY * NY | 60.04 |
| 02/25 | DEBIT[redacted]8942, AUT 022525 DDA PURCHASE AP<br>MARKET32 PCHOPPER 181 TROY * NY | 18.78 |
| 02/25 | DBCRD[redacted]942, AUT 022425 VISA DDA PUR AP<br>CHIPO[redacted] NEW YORK * NY | 17.80 |
| 02/25 | DEBIT P[redacted]942, AUT 022525 DDA PURCHASE AP<br>MARKET32 PCHOPPER 181 TROY * NY | 13.59 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MICHAEL NOVAKHOV
PERSONAL BANKRUPTCY
CASE 1 25 40073 JMM

Page: 4 of 4
Statement Period: Feb 06 2025-Feb 28 2025
Cust Ref #: [redacted]T-###
Primary Account #: [redacted]3017

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | DBCRD PU[redacted]8942, AUT 022425 VISA DDA PUR AP<br>AG TRAVE[redacted] WALLKILL * NY | 2.80 |
| 02/26 | DBCRD PU[redacted]8942, AUT 022525 VISA DDA PUR AP<br>DUNKIN 3[redacted]Y * NY | 13.04 |
| 02/27 | ELECTRONIC PMT-WEB, PAYPAL INST XFER MICHAEL | 1,000.00 |
| 02/27 | ACH DEBIT, PAYPAL ACC[redacted]8190 | 0.38 |
| 02/28 | DBCRD [redacted]8942, AUT 022725 VISA DDA PUR AP<br>BP SHO[redacted]NSACK * NJ | 3.11 |
| 02/28 | DBCRD PU[redacted]8942, AUT 022725 VISA DDA PUR AP<br>CTLP DAIL[redacted]STATENISLAND * NY | 1.75 |
| | Subtotal: | 2,108.52 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/06 | 0.00 | 02/21 | 74,078.38 |
| 02/07 | 74,800.00 | 02/24 | 77,064.16 |
| 02/11 | 74,761.55 | 02/25 | 76,951.15 |
| 02/12 | 74,429.53 | 02/26 | 75,938.11 |
| 02/13 | 74,420.90 | 02/27 | 74,938.11 |
| 02/14 | 74,351.22 | 02/28 | 74,933.25 |
| 02/20 | 74,160.38 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

BANK OF AMERICA

MICHAEL NOVAKHOV | [redacted]7392 | January 29, 2025 to February 25, 2025

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 01/29/25 | NEW YORK STATE DES:DI[redacted]8211 INDN:NOVAKHOV,MICHAEL CO [redacted]00 PPD | 3,271.93 |
| 01/29/25 | PURCHASE REFUND 0127 AMAZ[redacted]6YT1 WWW.AMAZON.COWA [redacted]0084 | 39.99 |
| 02/05/25 | PURCHASE REFUND 0203 AMAZO[redacted]GS0 HTTPSAMAZON.CWA [redacted]6515 | 7.61 |
| **Total deposits and other additions** | | **$3,319.53** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 01/29/25 | PURCHASE 0128 AMAZON MARK* ZC30V6GS0 HTTPSAMAZON.CWA | -100.55 |
| 01/30/25 | PURCHASE 0130 AMAZON MARK* Z74XB2HL2 HTTPSAMAZON.CWA | -74.82 |
| 02/03/25 | MOBILE PURCHASE 0201 STARBUCKS 57611 NEW YORK NY | -13.52 |
| 02/03/25 | MOBILE PURCHASE 0202 TST* DAILY PROVISIONS - NEW YORK NY | -14.02 |
| 02/03/25 | Mobile transfer to CHK 1741 Confirmation# r6ft18jzf; | -1,000.00 |
| 02/03/25 | Zelle payment to Galya GOLDBERG for "child support February 2025"; Conf# pwzo6ltev | -1,764.00 |
| 02/04/25 | Zelle payment to olga kogut for "01.05.25 - 01.31.25"; Conf# qty0lv1qe | -440.00 |
| 02/05/25 | PURCHASE 0205 AMAZON MARK* SE4EW7TP3 HTTPSAMAZON.CWA | -98.49 |
| 02/06/25 | CHECKCARD 0205 EMPIRESTATEPLAZACAFE [redacted]2868 | -14.03 |
| 02/07/25 | WIRE TYPE:WIRE OUT DATE:250207 TIME:112[redacted]912 SERVICE [redacted]268 BNF:MICHAEL NOVAKHOV ID:4440213017 BNF BK:TD BA[redacted]3673 PMT [redacted]640 | -74,800.00 |
| 02/10/25 | PURCHASE 0208 AMAZON MARK* YJ1DU3CY3 AMAZON.COM/MAWA | -30.72 |
| 02/10/25 | PURCHASE 0207 AMAZON MARK* VO1GZ9FY3 AMAZON.COM/MAWA | -16.31 |

continued on the next page

Security tips

**Tips to help protect yourself from trending scams:**

- Do not be pressured to act quickly - it could be an imposter trying to steal your money.
- If asked to transfer money unexpectedly, use caution - it could be a scam.
- Never grant remote access or download apps at the request of someone you do not know.

**Learn more about trending scams.**
**Scan the code or visit bofa.com/HelpProtectYourself.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.

SSM-10-24-0281A | 6172008

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 02/10/25 | PURCHASE 0207 Amazon Prime*Z75CZ48I1 Amzn.com/billWA | -16.32 |
| 02/10/25 | BKOFAMERICA[redacted]945 WITHDRWL | -50.24 |
| **Total withdrawals and other subtractions** | | **-$78,433.02** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 02/07/25 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.