# EXHIBIT A

Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Last Statement:** | April 2, 2026 |
| **Statement Ending:** | May 2, 2026 |
| **Page:** | 1 of 19 |

[redacted]

MICHAEL NOVAKHOV
DEBTOR IN POSSESSION CASE #1-25-40073-JMM
110 NEPTUNE AVE APT 4E
BROOKLYN NY 11235-5378

Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

3925 0013589 0001-0019 3925

# Account Statement

## ALL ACCESS CHECKING - XXXXXX1912

**SUMMARY FOR THE PERIOD: 04/03/26 - 05/02/26**

*MICHAEL NOVAKHOV*

| Beginning Balance | | Deposits & Other Credits | | Withdrawals & Other Debits | | Ending Balance |
|---|---|---|---|---|---|---|
| $14,581.03 | + | $12,876.66 | - | $9,466.61 | = | $17,991.08 |

**TRANSACTIONS**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $14,581.03 |
| 04/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 475542<br>SHAKE SHACK 360102 0 SLOATSBUR NY<br>XXXXXXXXXXXX6642 | -$7.79 | | $14,573.24 |
| 04/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>APPLE COM BILL 866 712 7 CA<br>XXXXXXXXXXXX6642 | -$4.34 | | $14,568.90 |
| 04/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 444500<br>STARBUCKS 24485 NEW YORK NY<br>XXXXXXXXXXXX6642 | -$14.72 | | $14,554.18 |
| 04/06 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>SWEETGREEN 52 + LE X NEW YORK NY<br>XXXXXXXXXXXX6642 | -$14.22 | | $14,539.96 |
| 04/06 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>MTA NYCT PAYGO NEW YORK NY<br>XXXXXXXXXXXX6642 | -$3.00 | | $14,536.96 |
| 04/06 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>MTA NYCT PAYGO NEW YORK NY<br>XXXXXXXXXXXX6642 | -$3.00 | | $14,533.96 |
| 04/06 | DEBIT PURCHASE | -$5.22 | | $14,528.74 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX1912
Statement Date: 05/02/2026


3925 0013590 0002-0019 3925

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 494300 DUNKIN 310196 Q35 BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 400097 ST PETERSBURG ALL FOR 718 94399 NY XXXXXXXXXXXX6642 | -$28.36 | | $14,500.38 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 480197 GULLUOGLU BROOKLYN NY XXXXXXXXXXXX6642 | -$4.89 | | $14,495.49 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BG18W 1QT0 Amzn com WA XXXXXXXXXXXX6642 | -$85.60 | | $14,409.89 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 427539 EXQUISITE FOODLAND BROOKLYN NY XXXXXXXXXXXX6642 | -$9.21 | | $14,400.68 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 STARBUCKS STORE 03 438 BROOKLYN NY XXXXXXXXXXXX6642 | -$6.48 | | $14,394.20 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 1029 BRIG HTON BBROOKLYN NY XXXXXXXXXXXX6642 | -$8.86 | | $14,385.34 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 1029 BRIG HTON BBROOKLYN NY XXXXXXXXXXXX6642 | -$24.89 | | $14,360.45 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 455193 EXTRA FANCY FARM ( TOB 2)BROOKLYN NY XXXXXXXXXXXX6642 | -$16.98 | | $14,343.47 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 480197 GULLUOGLU BROOKLYN NY XXXXXXXXXXXX6642 | -$4.63 | | $14,338.84 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 TST PARIS BAGUETT E BRBROOKLYN NY XXXXXXXXXXXX6642 | -$10.64 | | $14,328.20 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BG7SU 82S0 Amzn com WA XXXXXXXXXXXX6642 | -$185.08 | | $14,143.12 |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BG7GU 1770 Amzn com WA XXXXXXXXXXXX6642 | -$21.76 | | $14,121.36 |
| 04/06 | DEBIT PURCHASE | -$212.17 | | $13,909.19 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX1912
Statement Date: 05/02/2026


3925 0013591 0003-0019 3925

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC8B2 4J71 Amzn com WA XXXXXXXXXXXX6642 | | | |
| 04/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 EXXON PMG NJ II 24 05 8 ELIZABETH NJ XXXXXXXXXXXX6642 | -$21.89 | | $13,887.30 |
| 04/06 | ZELLE DEBIT ZELLE BAYRTA FAYVI LEVI 800-522-4100 609500A00UEI | -$130.00 | | $13,757.30 |
| 04/06 | CHECK 1008 | -$2,200.00 | | $11,557.30 |
| 04/07 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B72H0 6QY2 Amzn com WA XXXXXXXXXXXX6642 | -$7.60 | | $11,549.70 |
| 04/07 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$50.00 | | $11,499.70 |
| 04/07 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 463858 SAN VICENTE GOURME T DELIBROOKLYN NY XXXXXXXXXXXX6642 | -$15.75 | | $11,483.95 |
| 04/07 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC0RG 2GE1 Amzn com WA XXXXXXXXXXXX6642 | -$35.61 | | $11,448.34 |
| 04/07 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA BC6Y4 9XR1 WWW AMAZO WA XXXXXXXXXXXX6642 | -$15.05 | | $11,433.29 |
| 04/08 | ACH CREDIT NY STATE NYSTTAXRFD 260408 | | $5,028.00 | $16,461.29 |
| 04/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B76W1 3UT2 Amzn com WA XXXXXXXXXXXX6642 | -$56.98 | | $16,404.31 |
| 04/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA BC5WL 7JS0 WWW AMAZO WA XXXXXXXXXXXX6642 | -$30.75 | | $16,373.56 |
| 04/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 CANARY T TIP: BES T WE CANARYTEC CA XXXXXXXXXXXX6642 | -$5.00 | | $16,368.56 |
| 04/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON PRIME C83U1 4NI3 Amzn com WA XXXXXXXXXXXX6642 | -$16.32 | | $16,352.24 |
| 04/08 | POS PURCHASE | -$50.08 | | $16,302.16 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 05/02/2026


3925 0013592 0004-0019 3925

**TRANSACTIONS (continued)**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | POS PURCHASE TERMINAL 00000000 EBAY O*20-14458-46 544 SAN JOSE CA XXXXXXXXXXXX6642 | | | |
| 04/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B72Q3 4W72 Amzn com WA XXXXXXXXXXXX6642 | -$141.52 | | $16,160.64 |
| 04/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC8VM 7QR1 Amzn com WA XXXXXXXXXXXX6642 | -$146.07 | | $16,014.57 |
| 04/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BY8XF 04O2 Amzn com WA XXXXXXXXXXXX6642 | -$329.07 | | $15,685.50 |
| 04/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SPANTRAN INC 646 475 2 TX XXXXXXXXXXXX6642 | -$355.00 | | $15,330.50 |
| 04/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 475542 PANDA EXPRESS 3601 316 RUBY NY XXXXXXXXXXXX6642 | -$13.13 | | $15,317.37 |
| 04/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC5BW 1671 Amzn com WA XXXXXXXXXXXX6642 | -$152.16 | | $15,165.21 |
| 04/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC7SV 88R1 Amzn com WA XXXXXXXXXXXX6642 | -$87.09 | | $15,078.12 |
| 04/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BY0HG 4CS2 Amzn com WA XXXXXXXXXXXX6642 | -$30.49 | | $15,047.63 |
| 04/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC0FC 5671 Amzn com WA XXXXXXXXXXXX6642 | -$23.51 | | $15,024.12 |
| 04/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC3TD 8DE1 Amzn com WA XXXXXXXXXXXX6642 | -$41.13 | | $14,982.99 |
| 04/10 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC49M 4HI0 Amzn com WA XXXXXXXXXXXX6642 | -$80.74 | | $14,902.25 |
| 04/10 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC8OZ 8I01 Amzn com WA XXXXXXXXXXXX6642 | -$57.60 | | $14,844.65 |
| 04/10 | DEBIT PURCHASE | -$19.06 | | $14,825.59 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 05/02/2026


3925 0013593 0005-0019 3925

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 493487 VILLABATE ALBA BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 04/10 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BY98H 4TO2 Amzn com WA XXXXXXXXXXXX6642 | -$60.95 | | $14,764.64 |
| 04/10 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BY0QA 3N52 Amzn com WA XXXXXXXXXXXX6642 | -$9.79 | | $14,754.85 |
| 04/10 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC0UC 2I11 Amzn com WA XXXXXXXXXXXX6642 | -$25.24 | | $14,729.61 |
| 04/13 | ACH CREDIT IRS TREAS 310 TAX REF REF*NOVA*ANDOVE*12 /2025*TAX REFUND*3 0\ | | $7,286.00 | $22,015.61 |
| 04/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ ARRIVALS EATER Y Jamaica NY XXXXXXXXXXXX6642 | -$9.49 | | $22,006.12 |
| 04/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BC3A1 4DT0 Amzn com WA XXXXXXXXXXXX6642 | -$37.57 | | $21,968.55 |
| 04/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B741O 3LP1 Amzn com WA XXXXXXXXXXXX6642 | -$94.20 | | $21,874.35 |
| 04/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B70E3 4FX1 Amzn com WA XXXXXXXXXXXX6642 | -$35.68 | | $21,838.67 |
| 04/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BY6MZ 7VD2 Amzn com WA XXXXXXXXXXXX6642 | -$19.69 | | $21,818.98 |
| 04/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 441289 CONEY ISLAND DISCO UNT STBROOKLYN NY XXXXXXXXXXXX6642 | -$19.30 | | $21,799.68 |
| 04/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 1029 BRIG HTON BBROOKLYN NY XXXXXXXXXXXX6642 | -$32.37 | | $21,767.31 |
| 04/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 EXXON PMG NJ JI 24 05 8 ELIZABETH NJ XXXXXXXXXXXX6642 | -$8.60 | | $21,758.71 |
| 04/13 | POS PURCHASE | -$15.54 | | $21,743.17 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



3925 0013594 0006-0019 3925

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | POS PURCHASE TERMINAL 27626001 WENDYS 2549 BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 04/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ VIVI BUBBLE TE A AVE Brooklyn NY XXXXXXXXXXXX6642 | -$9.25 | | $21,733.92 |
| 04/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 IGAM COFFEE BROOKLYN NY XXXXXXXXXXXX6642 | -$9.53 | | $21,724.39 |
| 04/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B718P 9ZY0 Amzn com WA XXXXXXXXXXXX6642 | -$112.08 | | $21,612.31 |
| 04/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 443099 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX6642 | -$9.99 | | $21,602.32 |
| 04/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 Amazon com B76YB0M Y1 Amzn com WA XXXXXXXXXXXX6642 | -$29.43 | | $21,572.89 |
| 04/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 480197 GULLUOGLU BROOKLYN NY XXXXXXXXXXXX6642 | -$5.27 | | $21,567.62 |
| 04/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 BOTTEGA GOOD FOOD BROOKLYN NY XXXXXXXXXXXX6642 | -$76.21 | | $21,491.41 |
| 04/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 444500 STARBUCKS 03438 BROOKLYN NY XXXXXXXXXXXX6642 | -$18.81 | | $21,472.60 |
| 04/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 402244 OCEAN WINE LIQUO R BROOKLYN NY XXXXXXXXXXXX6642 | -$66.74 | | $21,405.86 |
| 04/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 423900 CHERRY HILL GOURME T BROOKLYN NY XXXXXXXXXXXX6642 | -$59.88 | | $21,345.98 |
| 04/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 494300 DUNKIN 310196 Q35 BROOKLYN NY XXXXXXXXXXXX6642 | -$7.66 | | $21,338.32 |
| 04/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 412254 BP 6633606TOZANLI INC BROOKLYN NY XXXXXXXXXXXX6642 | -$8.43 | | $21,329.89 |
| 04/15 | DEBIT PURCHASE | -$3.35 | | $21,326.54 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 05/02/2026


3925 0013595 0007-0019 3925

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Melvil le Melville NY XXXXXXXXXXXX6642 | | | |
| 04/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ UNLIMITED FOOD TRUCKBrooklyn NY XXXXXXXXXXXX6642 | -$12.00 | | $21,314.54 |
| 04/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 HAAGEN DAZS 1427 BROOKLYN NY XXXXXXXXXXXX6642 | -$95.37 | | $21,219.17 |
| 04/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BS7E3 3CK2 Amzn com WA XXXXXXXXXXXX6642 | -$13.88 | | $21,205.29 |
| 04/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 476501 JIAN BING MAN NEW YORK NY XXXXXXXXXXXX6642 | -$18.28 | | $21,187.01 |
| 04/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 475542 THE FOOD GALLERY 3 2 NEW YORK NY XXXXXXXXXXXX6642 | -$4.00 | | $21,183.01 |
| 04/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ GRACE STREET New York NY XXXXXXXXXXXX6642 | -$9.37 | | $21,173.64 |
| 04/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 SUBWAY 27611 NEW YORK NY XXXXXXXXXXXX6642 | -$8.70 | | $21,164.94 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$2.10 | | $21,162.84 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BS4KV 6ZY2 Amzn com WA XXXXXXXXXXXX6642 | -$21.76 | | $21,141.08 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 400097 KIDS WORLD 718 94399 NY XXXXXXXXXXXX6642 | -$75.08 | | $21,066.00 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $21,063.00 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 479338 KKINI K RAMYUN EAT ERY New York NY XXXXXXXXXXXX6642 | -$20.35 | | $21,042.65 |
| 04/16 | DEBIT PURCHASE | -$3.00 | | $21,039.65 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



3925 0013596 0008-0019 3925

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | | | |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $21,036.65 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 DD STARBUCKS DOORDASH CA XXXXXXXXXXXX6642 | -$27.34 | | $21,009.31 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $21,006.31 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $21,003.31 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B7556 0GB0 Amzn com WA XXXXXXXXXXXX6642 | -$56.57 | | $20,946.74 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F4210 BROOKLYN NY XXXXXXXXXXXX6642 | -$3.47 | | $20,943.27 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ VIVI BUBBLE TE A AVE Brooklyn NY XXXXXXXXXXXX6642 | -$7.62 | | $20,935.65 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 IGAM COFFEE BROOKLYN NY XXXXXXXXXXXX6642 | -$15.35 | | $20,920.30 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 494144 BATH BODY WORKS 3791 BROOKLYN NY XXXXXXXXXXXX6642 | -$28.19 | | $20,892.11 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 KINGS PLAZA NY HC O BROOKLYN NY XXXXXXXXXXXX6642 | -$44.93 | | $20,847.18 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 AC GELATO KINGS PL AZ BROOKLYN NY XXXXXXXXXXXX6642 | -$9.14 | | $20,838.04 |
| 04/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ GRACE STREET New York NY XXXXXXXXXXXX6642 | -$8.15 | | $20,829.89 |
| 04/17 | DEBIT PURCHASE | -$15.22 | | $20,814.67 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX1912
Statement Date: 05/02/2026


3925 0013597 0009-0019 3925

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BS1R1 5J02 Amzn com WA XXXXXXXXXXXX6642 | | | |
| 04/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BS2K2 9JB2 Amzn com WA XXXXXXXXXXXX6642 | -$124.06 | | $20,690.61 |
| 04/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B71LP 4VE0 Amzn com WA XXXXXXXXXXXX6642 | -$14.68 | | $20,675.93 |
| 04/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 444500 AUNTIE ANNES NY183 BROOKLYN NY XXXXXXXXXXXX6642 | -$8.26 | | $20,667.67 |
| 04/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 412247 SEOUL NEW YORK NY XXXXXXXXXXXX6642 | -$15.24 | | $20,652.43 |
| 04/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 444500 PY KUNG FU TEA K TOWNNEW YORK NY XXXXXXXXXXXX6642 | -$8.66 | | $20,643.77 |
| 04/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B71IC 2IM1 Amzn com WA XXXXXXXXXXXX6642 | -$62.04 | | $20,581.73 |
| 04/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 406927 METROPOLIS PARKING METROPOLI TN XXXXXXXXXXXX6642 | -$11.00 | | $20,570.73 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B72O7 3BJ0 Amzn com WA XXXXXXXXXXXX6642 | -$61.76 | | $20,508.97 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 444500 AUNTIE ANNES NY183 BROOKLYN NY XXXXXXXXXXXX6642 | -$9.03 | | $20,499.94 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 443186 TONI BEAUTY SALON SPA BROOKLYN NY XXXXXXXXXXXX6642 | -$43.39 | | $20,456.55 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 443186 TONI BEAUTY SALON SPA BROOKLYN NY XXXXXXXXXXXX6642 | -$37.73 | | $20,418.82 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 479338 SLICE DelmarPizzer ia Brooklyn NY XXXXXXXXXXXX6642 | -$8.36 | | $20,410.46 |
| 04/20 | DEBIT PURCHASE | -$13.05 | | $20,397.41 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 05/02/2026


3925 0013598 0010-0019 3925

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX6642 | | | |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 TST LE PAIN QUOTI DIEN NEW YORK NY XXXXXXXXXXXX6642 | -$34.19 | | $20,363.22 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 TST LE PAIN QUOTI DIEN NEW YORK NY XXXXXXXXXXXX6642 | -$5.44 | | $20,357.78 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 COS 0885NEW YORK NEW YORK NY XXXXXXXXXXXX6642 | -$140.45 | | $20,217.33 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 494144 ZARA USA 3818 NEW YORK NY XXXXXXXXXXXX6642 | -$151.60 | | $20,065.73 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$50.41 | | $20,015.32 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ ORSO COFFEE Brooklyn NY XXXXXXXXXXXX6642 | -$17.15 | | $19,998.17 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 476501 MAX FUNLAND BROOKLYN NY XXXXXXXXXXXX6642 | -$5.44 | | $19,992.73 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BY240 75J1 Amzn com WA XXXXXXXXXXXX6642 | -$117.62 | | $19,875.11 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405522 KENT MOVIE THEATER BROOKLYN NY XXXXXXXXXXXX6642 | -$24.95 | | $19,850.16 |
| 04/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405522 KENT MOVIE THEATER BROOKLYN NY XXXXXXXXXXXX6642 | -$50.42 | | $19,799.74 |
| 04/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BS7MJ 29K2 Amzn com WA XXXXXXXXXXXX6642 | -$144.73 | | $19,655.01 |
| 04/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 423900 PANJOB HALAL MEAT BROOKLYN NY XXXXXXXXXXXX6642 | -$15.85 | | $19,639.16 |
| 04/21 | DEBIT PURCHASE | -$6.52 | | $19,632.64 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



3925 0013599 0011-0019 3925

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BY5BW 2FD0 Amzn com WA XXXXXXXXXXXX6642 | | | |
| 04/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.25 | | $19,626.39 |
| 04/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$44.04 | | $19,582.35 |
| 04/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 476501 PORTOKALI MARKET C ORP BROOKLYN NY XXXXXXXXXXXX6642 | -$4.34 | | $19,578.01 |
| 04/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 476501 PORTOKALI MARKET C ORP BROOKLYN NY XXXXXXXXXXXX6642 | -$3.99 | | $19,574.02 |
| 04/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 412254 BP 6633606TOZANLI INC BROOKLYN NY XXXXXXXXXXXX6642 | -$12.00 | | $19,562.02 |
| 04/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 494300 DUNKIN 310196 Q35 BROOKLYN NY XXXXXXXXXXXX6642 | -$14.65 | | $19,547.37 |
| 04/22 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 TST OVERGREENS SHEEPSBROOKLYN NY XXXXXXXXXXXX6642 | -$36.61 | | $19,510.76 |
| 04/22 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 TST OVERGREENS SHEEPSBROOKLYN NY XXXXXXXXXXXX6642 | -$5.95 | | $19,504.81 |
| 04/22 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.25 | | $19,498.56 |
| 04/22 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$24.27 | | $19,474.29 |
| 04/22 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 412254 BP 6633606TOZANLI INC BROOKLYN NY XXXXXXXXXXXX6642 | -$2.99 | | $19,471.30 |
| 04/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 CANTEEN 72 HUNT VALL MD XXXXXXXXXXXX6642 | -$2.00 | | $19,469.30 |
| 04/23 | DEBIT PURCHASE | -$52.48 | | $19,416.82 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



3925 0013600 0012-0019 3925

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BJ9E6 4LY2 Amzn com WA XXXXXXXXXXXX6642 | | | |
| 04/23 | POS PURCHASE POS PURCHASE TERMINAL 53894002 FIVE BELOW 8102 BROOKLYN NY XXXXXXXXXXXX6642 | -$41.38 | | $19,375.44 |
| 04/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 443106 CHIPOTLE 3563 BROOKLYN NY XXXXXXXXXXXX6642 | -$15.90 | | $19,359.54 |
| 04/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$29.06 | | $19,330.48 |
| 04/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 FIVE BELOW 8102 BROOKLYN NY XXXXXXXXXXXX6642 | -$0.82 | | $19,329.66 |
| 04/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 426979 KUNG FU TEA CORP ORATE BROOKLYN NY XXXXXXXXXXXX6642 | -$9.23 | | $19,320.43 |
| 04/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BJ73P 90E2 Amzn com WA XXXXXXXXXXXX6642 | -$66.90 | | $19,253.53 |
| 04/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 IGAM COFFEE BROOKLYN NY XXXXXXXXXXXX6642 | -$6.03 | | $19,247.50 |
| 04/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$14.55 | | $19,232.95 |
| 04/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$151.38 | | $19,081.57 |
| 04/24 | ACH DEBIT PAYPAL PURCHASE 260424 | -$19.99 | | $19,061.58 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $69.99 | $19,131.57 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $54.42 | $19,185.99 |
| 04/27 | POS CREDIT | | $27.99 | $19,213.98 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 05/02/2026


3925 0013601 0013-0019 3925

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | | |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $46.99 | $19,260.97 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $27.99 | $19,288.96 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $35.99 | $19,324.95 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $49.99 | $19,374.94 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $33.10 | $19,408.04 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $27.99 | $19,436.03 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $28.99 | $19,465.02 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $23.94 | $19,488.96 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $10.88 | $19,499.84 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $30.46 | $19,530.30 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $43.95 | $19,574.25 |
| 04/27 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $49.99 | $19,624.24 |
| 04/27 | DEBIT PURCHASE | -$2.00 | | $19,622.24 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
3925 0013601 0013-0019 M0656DDA050226042939 01 L 3925

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 05/02/2026


3925 0013602 0014-0019 3925

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 401339 CANTEEN 72 HUNT VALL MD XXXXXXXXXXXX6642 | | | |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BJ5Y6 15K2 Amzn com WA XXXXXXXXXXXX6642 | -$32.79 | | $19,589.45 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.25 | | $19,583.20 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ BAYA BAR Brooklyn NY XXXXXXXXXXXX6642 | -$23.58 | | $19,559.62 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BS0Q8 2121 Amzn com WA XXXXXXXXXXXX6642 | -$21.21 | | $19,538.41 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 490641 A Anedot Donatio n 646 38842 NY XXXXXXXXXXXX6642 | -$250.00 | | $19,288.41 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 TST BORA BORA MID WOOD BROOKLYN NY XXXXXXXXXXXX6642 | -$21.75 | | $19,266.66 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BS9TZ 76L1 Amzn com WA XXXXXXXXXXXX6642 | -$49.93 | | $19,216.73 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 455916 HANOK KOREA HOUSE NEW YORK NY XXXXXXXXXXXX6642 | -$36.82 | | $19,179.91 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 432300 NEW YORK ROLL N KA TSU NEW YORK NY XXXXXXXXXXXX6642 | -$19.15 | | $19,160.76 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ SWEET CRUNCH T ANGHULNew York NY XXXXXXXXXXXX6642 | -$13.06 | | $19,147.70 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 412247 K PHOTO LAVIE NE W YORKNEW YORK NY XXXXXXXXXXXX6642 | -$10.00 | | $19,137.70 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $19,134.70 |
| 04/27 | DEBIT PURCHASE | -$3.00 | | $19,131.70 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

3925 0013603 0015-0019 3925

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 05/02/2026


## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | | | |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $19,128.70 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $19,125.70 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $19,122.70 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $19,119.70 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 449216 SP SLOOMOOINSTITUT E 191 78182 NY XXXXXXXXXXXX6642 | -$45.73 | | $19,073.97 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405522 AG TRAVEL PLAZA 34 00601 TRENTON NJ XXXXXXXXXXXX6642 | -$18.96 | | $19,055.01 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 494300 DUNKIN 362580 HAMILTON NJ XXXXXXXXXXXX6642 | -$43.49 | | $19,011.52 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405522 AG TRAVEL PLAZA 34 00601 TRENTON NJ XXXXXXXXXXXX6642 | -$10.48 | | $19,001.04 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 494300 21054 LONGWOOD GAR DENS KENNETT S PA XXXXXXXXXXXX6642 | -$81.09 | | $18,919.95 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BJ38I 6772 Amzn com WA XXXXXXXXXXXX6642 | -$63.84 | | $18,856.11 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BS1PL 76U1 Amzn com WA XXXXXXXXXXXX6642 | -$20.68 | | $18,835.43 |
| 04/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BJ89L 99Y2 Amzn com WA XXXXXXXXXXXX6642 | -$19.99 | | $18,815.44 |
| 04/28 | DEBIT PURCHASE | -$15.13 | | $18,800.31 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 05/02/2026




**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 444500 PY KUNG FU TEA K TOWNNEW YORK NY XXXXXXXXXXXX6642 | | | |
| 04/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 475542 NATHANS FAMOUS 340 0661 TRENTON NJ XXXXXXXXXXXX6642 | -$13.85 | | $18,786.46 |
| 04/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$150.00 | | $18,636.46 |
| 04/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$27.09 | | $18,609.37 |
| 04/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$40.61 | | $18,568.76 |
| 04/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$16.46 | | $18,552.30 |
| 04/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$7.25 | | $18,545.05 |
| 04/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BS6HJ 3AC0 Amzn com WA XXXXXXXXXXXX6642 | -$85.24 | | $18,459.81 |
| 04/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BS527 7A60 Amzn com WA XXXXXXXXXXXX6642 | -$28.30 | | $18,431.51 |
| 04/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 PHARMACY AT THE WA VE BROOKLYN NY XXXXXXXXXXXX6642 | -$43.16 | | $18,388.35 |
| 04/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 475542 SHAKE SHACK 360092 0 SLOATSBUR NY XXXXXXXXXXXX6642 | -$17.86 | | $18,370.49 |
| 04/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 494300 DUNKIN 310196 Q35 BROOKLYN NY XXXXXXXXXXXX6642 | -$15.86 | | $18,354.63 |
| 04/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 EXXON KINGS 3003 M ART BROOKLYN NY XXXXXXXXXXXX6642 | -$4.08 | | $18,350.55 |
| 04/30 | DEBIT PURCHASE | -$10.70 | | $18,339.85 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



3925 0013605 0017-0019 3925

**TRANSACTIONS (continued)**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 425137 V S PIZZERIA BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 04/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $18,336.85 |
| 04/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ NCM NEWS LLC New York NY XXXXXXXXXXXX6642 | -$2.00 | | $18,334.85 |
| 04/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 449251 LOGANS DELI AND MA RKET ALBANY NY XXXXXXXXXXXX6642 | -$11.07 | | $18,323.78 |
| 04/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 476501 TASHKENT SUPERMARK ET BROOKLYN NY XXXXXXXXXXXX6642 | -$74.64 | | $18,249.14 |
| 05/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 TST JOE COFFEE BRYANTNEW YORK NY XXXXXXXXXXXX6642 | -$5.51 | | $18,243.63 |
| 05/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $18,240.63 |
| 05/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 400097 BEST WESTERN FRANK LIN TROY NY XXXXXXXXXXXX6642 | -$170.00 | | $18,070.63 |
| 05/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$79.55 | | $17,991.08 |
| **Ending Balance** | | | | **$17,991.08** |

**CHECKS IN ORDER**

| Date | Number | Amount |
|---|---|---|
| 04/06 | 1008 | $2,200.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

**OVERDRAFT FEES**

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |
| **Total Return Fees** | $0.00 | $0.00 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | XXXXXX1912 |
| **Statement Date:** | 05/02/2026 |
| **Page :** | 18 of 19 |

3925 0013606 0018-0019 3925

## Check Images for Account XXXXXX1912


Michael Novakhov
2909 Shell Road FL3
Brooklyn, NY 11224

1008
55-138/212

Date 04.03.26

Pay to the Order of Galina Goldberg $ 2,200.00

Two Thousand Two Hundred Dollars

Valley Bank

For Child support

[redacted]912⑈ 1008

| 04/06/2026 | # 1008 | $2,200.00 |
|---|---|---|

Valley

**Account Number:** XXXXXX1912
**Statement Date:** 05/02/2026


P.O. Box 558
Wayne, NJ 07474-0558

3925 0013607 0019-0019 3925

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.