# EXHIBIT A

Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Last Statement:** | May 2, 2026 |
| **Statement Ending:** | June 2, 2026 |
| **Page:** | 1 of 17 |

14[redacted]

MICHAEL NOVAKHOV
DEBTOR IN POSSESSION CASE #1-25-40073-JMM
110 NEPTUNE AVE APT 4E
BROOKLYN NY 11235-5378

Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

# Account Statement

## ALL ACCESS CHECKING - XXXXXX1912

**SUMMARY FOR THE PERIOD: 05/03/26 - 06/02/26**

*MICHAEL NOVAKHOV*

| Beginning Balance | | Deposits & Other Credits | | Withdrawals & Other Debits | | Ending Balance |
|---|---|---|---|---|---|---|
| $17,991.08 | + | $28,483.46 | - | $13,454.76 | = | $33,019.78 |

**TRANSACTIONS**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $17,991.08 |
| 05/04 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]339<br>CANTEEN 72 HUNT VALL MD<br>XXXXXXXXXXXX6642 | -$2.00 | | $17,989.08 |
| 05/04 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]1339<br>CANTEEN 72 HUNT VALL MD<br>XXXXXXXXXXXX6642 | -$2.00 | | $17,987.08 |
| 05/04 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>AMAZON MKTPL BV3Z01812 Amzn com WA<br>XXXXXXXXXXXX6642 | -$31.56 | | $17,955.52 |
| 05/04 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]0197<br>GULLUOGLU BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$5.27 | | $17,950.25 |
| 05/04 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]4052 NET<br>COST 3100 OCEA N AVE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$74.29 | | $17,875.96 |
| 05/04 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]5523<br>PINAS LOCAS QUETZA LY 10 RARITAN NJ<br>XXXXXXXXXXXX6642 | -$4.76 | | $17,871.20 |
| 05/04 | DEBIT PURCHASE | -$65.84 | | $17,805.36 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



1443 0005137 0002-0017 1443

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL [redacted]0197 BAPS SHAYONA CAFE ROBBIWINDSOR NJ XXXXXXXXXXXX6642 | | | |
| 05/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 AMAZON MKTPL BJ8I8 39H1 Amzn com WA XXXXXXXXXXXX6642 | -$100.51 | | $17,704.85 |
| 05/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]6501 NUT HOUSE BROOKLYN NY XXXXXXXXXXXX6642 | -$38.14 | | $17,666.71 |
| 05/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]0197 GULLUOGLU BROOKLYN NY XXXXXXXXXXXX6642 | -$10.53 | | $17,656.18 |
| 05/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]1134 SP BROOKLYN CYCLON ES 171 82662 OH XXXXXXXXXXXX6642 | -$13.07 | | $17,643.11 |
| 05/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]1339 BROOKLYN CYCLONES CONCESBROOKLYN NY XXXXXXXXXXXX6642 | -$54.72 | | $17,588.39 |
| 05/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]3168 CARVEL 739 BROOKLYN NY XXXXXXXXXXXX6642 | -$8.82 | | $17,579.57 |
| 05/04 | POS PURCHASE POS PURCHASE TERMINAL [redacted]43163 TARGET STORE T3243 BROOKLYN NY XXXXXXXXXXXX6642 | -$77.04 | | $17,502.53 |
| 05/04 | POS PURCHASE POS PURCHASE TERMINAL [redacted]8002 MARSHALLS #1430 BROOKLYN NY XXXXXXXXXXXX6642 | -$29.12 | | $17,473.41 |
| 05/04 | ACH DEBIT PAYPAL PURCHASE[redacted]60504 | -$4.34 | | $17,469.07 |
| 05/04 | CHECK 1010 | -$1,815.00 | | $15,654.07 |
| 05/05 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]3106 BURLINGTON STORES 1659 BROOKLYN NY XXXXXXXXXXXX6642 | -$48.03 | | $15,606.04 |
| 05/05 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]3106 BURLINGTON STORES 1659 BROOKLYN NY XXXXXXXXXXXX6642 | -$68.85 | | $15,537.19 |
| 05/05 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]69216 STARBUCKS STORE 17 224 BROOKLYN NY XXXXXXXXXXXX6642 | -$15.96 | | $15,521.23 |
| 05/05 | DEBIT PURCHASE | -$7.25 | | $15,513.98 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 06/02/2026


1443 0005138 0003-0017 1443

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL[redacted]9216 SQ<br>PEP BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 05/05 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]4052 NET<br>COST 3100 OCEA N AVE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$79.12 | | $15,434.86 |
| 05/05 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]3168<br>CARVEL 739 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$10.50 | | $15,424.36 |
| 05/06 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]1134<br>AMAZON RETA BF9OI 2OP2 WWW AMAZO WA<br>XXXXXXXXXXXX6642 | -$27.75 | | $15,396.61 |
| 05/06 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9216 SQ<br>PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$15.63 | | $15,380.98 |
| 05/06 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]4300<br>EMPIRESTATEPLAZACA FE ALBANY NY<br>XXXXXXXXXXXX6642 | -$5.15 | | $15,375.83 |
| 05/06 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]4300<br>EMPIRESTATEPLAZACA FE ALBANY NY<br>XXXXXXXXXXXX6642 | -$14.05 | | $15,361.78 |
| 05/06 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]76501<br>TASHKENT SUPERMARK ET BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$36.78 | | $15,325.00 |
| 05/07 | POS CREDIT<br>MERCHANT REFUND TERMINAL [redacted]0216<br>AMAZON MKTPLACE PM TS Amzn com WA<br>XXXXXXXXXXXX6642 | | $59.87 | $15,384.87 |
| 05/07 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]01339 Nyx<br>Canteen Dallas (GrapCarrollto TX<br>XXXXXXXXXXXX6642 | -$2.95 | | $15,381.92 |
| 05/07 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]5479 M<br>AND N FARMS MARK ET BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$55.78 | | $15,326.14 |
| 05/07 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>STARBUCKS STORE 03 438 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$13.28 | | $15,312.86 |
| 05/07 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216 SQ<br>PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.43 | | $15,306.43 |
| 05/07 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]4300<br>EMPIRESTATEPLAZACA FE ALBANY NY<br>XXXXXXXXXXXX6642 | -$10.55 | | $15,295.88 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 06/02/2026


1443 0005139 0004-0017 1443

## TRANSCTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 05/07 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]2733 MCDONALD S F4210 BROOKLYN NY XXXXXXXXXXXX6642 | -$28.00 | | $15,267.88 |
| 05/07 | CHECK 1009 | -$465.00 | | $14,802.88 |
| 05/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 STARBUCKS STORE 58 281 BROOKLYN NY XXXXXXXXXXXX6642 | -$12.43 | | $14,790.45 |
| 05/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]4500 STARBUCKS 03438 BROOKLYN NY XXXXXXXXXXXX6642 | -$7.48 | | $14,782.97 |
| 05/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 AMAZON MKTPL BV4B9 9H51 Amzn.com WA XXXXXXXXXXXX6642 | -$20.60 | | $14,762.37 |
| 05/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]4052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$53.44 | | $14,708.93 |
| 05/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]4052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$23.99 | | $14,684.94 |
| 05/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$7.25 | | $14,677.69 |
| 05/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]5522 MAMMA LEONE BROOKLYN NY XXXXXXXXXXXX6642 | -$23.77 | | $14,653.92 |
| 05/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 AMAZON PRIME K16NY 3M43 Amzn.com WA XXXXXXXXXXXX6642 | -$16.32 | | $14,637.60 |
| 05/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]2259 OCEANSIDE ANIMAL C LINIC BROOKLYN NY XXXXXXXXXXXX6642 | -$309.49 | | $14,328.11 |
| 05/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 STARBUCKS STORE 80 295 BROOKLYN NY XXXXXXXXXXXX6642 | -$11.56 | | $14,316.55 |
| 05/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 STARBUCKS STORE 80 295 BROOKLYN NY XXXXXXXXXXXX6642 | -$12.05 | | $14,304.50 |
| 05/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 AMAZON MKTPL BV96W 3CP0 Amzn com WA XXXXXXXXXXXX6642 | -$99.83 | | $14,204.67 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 06/02/2026


1443 0005140 0005-0017 1443

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]0197<br>GULLUOGLU BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$5.27 | | $14,199.40 |
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9216<br>STARBUCKS STORE 03 438 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$16.68 | | $14,182.72 |
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]3746 CVS<br>PHARMACY 0270 0 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$77.35 | | $14,105.37 |
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9216 SQ<br>TERIYAKI ONE Brooklyn NY<br>XXXXXXXXXXXX6642 | -$10.97 | | $14,094.40 |
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]3746<br>FIVE BELOW 8102 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$26.51 | | $14,067.89 |
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]4833<br>BRIGHTON FINEST GO URMET BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$8.53 | | $14,059.36 |
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]5479 M<br>AND N FARMS MARK ET BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$6.68 | | $14,052.68 |
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]3746 TST<br>BORA BORA BRI GHTON BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$36.98 | | $14,015.70 |
| 05/11 | POS PURCHASE<br>POS PURCHASE TERMINAL [redacted]2003<br>CARTER'S #887 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$50.10 | | $13,965.60 |
| 05/11 | POS PURCHASE<br>POS PURCHASE TERMINAL [redacted]2003<br>CARTER'S #887 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$102.60 | | $13,863.00 |
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]0109<br>UNCLE LOUIE GS BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$20.21 | | $13,842.79 |
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216 SQ<br>ARTECHOUSE N YC New York NY<br>XXXXXXXXXXXX6642 | -$111.64 | | $13,731.15 |
| 05/11 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216 TST<br>CHOTE MIYA New York NY<br>XXXXXXXXXXXX6642 | -$90.00 | | $13,641.15 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



1443 0005141 0006-0017 1443

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 05/11 | POS PURCHASE<br>POS PURCHASE TERMINAL [redacted]0002 WM SUPERCENTER #19 40 RENSSELAE NY<br>XXXXXXXXXXXX6642 | -$93.24 | | $13,547.91 |
| 05/12 | POS CREDIT<br>MERCHANT REFUND TERMINAL [redacted]9216<br>AMAZON MKTPLACE PM TS Amzn com WA<br>XXXXXXXXXXXX6642 | | $8.70 | $13,556.61 |
| 05/12 | POS CREDIT<br>MERCHANT REFUND TERMINAL [redacted]9216<br>AMAZON MKTPLACE PM TS Amzn com WA<br>XXXXXXXXXXXX6642 | | $39.99 | $13,596.60 |
| 05/12 | POS CREDIT<br>MERCHANT REFUND TERMINAL [redacted]9216<br>AMAZON MKTPLACE PM TS Amzn com WA<br>XXXXXXXXXXXX6642 | | $5.98 | $13,602.58 |
| 05/12 | POS CREDIT<br>MERCHANT REFUND TERMINAL [redacted]9216<br>AMAZON MKTPLACE PM TS Amzn com WA<br>XXXXXXXXXXXX6642 | | $22.99 | $13,625.57 |
| 05/12 | POS CREDIT<br>MERCHANT REFUND TERMINAL [redacted]9216<br>AMAZON MKTPLACE PM TS Amzn com WA<br>XXXXXXXXXXXX6642 | | $22.26 | $13,647.83 |
| 05/12 | POS CREDIT<br>MERCHANT REFUND TERMINAL [redacted]9216<br>AMAZON MKTPLACE PM TS Amzn com WA<br>XXXXXXXXXXXX6642 | | $19.64 | $13,667.47 |
| 05/12 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>STARBUCKS STORE 66 212 NEW YORK NY<br>XXXXXXXXXXXX6642 | -$14.64 | | $13,652.83 |
| 05/12 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9338<br>Popeyes 10651 New York NY<br>XXXXXXXXXXXX6642 | -$15.23 | | $13,637.60 |
| 05/12 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>MTA NYCT PAYGO NEW YORK NY<br>XXXXXXXXXXXX6642 | -$3.00 | | $13,634.60 |
| 05/12 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>MTA NYCT PAYGO NEW YORK NY<br>XXXXXXXXXXXX6642 | -$3.00 | | $13,631.60 |
| 05/12 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>MTA NYCT PAYGO NEW YORK NY<br>XXXXXXXXXXXX6642 | -$3.00 | | $13,628.60 |
| 05/12 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.79 | | $13,621.81 |
| 05/12 | DEBIT PURCHASE | -$77.88 | | $13,543.93 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 06/02/2026


1443 0005142 0007-0017 1443

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL [redacted]4052 NET<br>COST 3100 OCEA N AVE BROOKLYN NY<br>XXXXXXXXXXXX6642 | | | |
| 05/12 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>PANERA BREAD 6009 09 K RENSSELAE NY<br>XXXXXXXXXXXX6642 | -$13.80 | | $13,530.13 |
| 05/12 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>AMAZON MKTPL BV510 1MV0 Amzn com WA<br>XXXXXXXXXXXX6642 | -$61.65 | | $13,468.48 |
| 05/12 | CHECK 1011 | -$4,750.00 | | $8,718.48 |
| 05/13 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>AMAZON MKTPL BV008 45L0 Amzn com WA<br>XXXXXXXXXXXX6642 | -$36.20 | | $8,682.28 |
| 05/13 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]5501<br>TASHKENT SUPERMARK ET BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$32.96 | | $8,649.32 |
| 05/13 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]4300<br>DUNKIN 310196 Q35 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$22.60 | | $8,626.72 |
| 05/13 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]4300<br>EMPIRESTATEPLAZACA FE ALBANY NY<br>XXXXXXXXXXXX6642 | -$14.05 | | $8,612.67 |
| 05/13 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216 SQ<br>PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$7.79 | | $8,604.88 |
| 05/13 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]4052 NET<br>COST 3100 OCEA N AVE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$40.13 | | $8,564.75 |
| 05/14 | DEPOSIT | | $7,527.00 | $16,091.75 |
| 05/14 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]1289<br>CONEY ISLAND DISCO UNT STBROOKLYN NY<br>XXXXXXXXXXXX6642 | -$19.55 | | $16,072.20 |
| 05/14 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]1339<br>CANTEEN 72 HUNT VALL MD<br>XXXXXXXXXXXX6642 | -$2.00 | | $16,070.20 |
| 05/14 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]1339<br>CANTEEN 72 HUNT VALL MD<br>XXXXXXXXXXXX6642 | -$2.00 | | $16,068.20 |
| 05/14 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]1339<br>CANTEEN 72 HUNT VALL MD<br>XXXXXXXXXXXX6642 | -$2.00 | | $16,066.20 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 06/02/2026


1443 0005143 0008-0017 1443

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 05/14 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9216<br>APPLE COM BILL 866 712 7 CA<br>XXXXXXXXXXXX6642 | -$9.99 | | $16,056.21 |
| 05/14 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9216 SQ<br>PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.25 | | $16,049.96 |
| 05/14 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9216<br>AMAZON MKTPL BV4A0 8KD0 Amzn com WA<br>XXXXXXXXXXXX6642 | -$9.98 | | $16,039.98 |
| 05/14 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216 SQ<br>TERIYAKI ONE Brooklyn NY<br>XXXXXXXXXXXX6642 | -$1.95 | | $16,038.03 |
| 05/14 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]0197<br>GULLUOGLU BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$4.89 | | $16,033.14 |
| 05/14 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]0077<br>FIXR TICKET 63027 E3E FIXR CO NY<br>XXXXXXXXXXXX6642 | -$22.00 | | $16,011.14 |
| 05/15 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9216<br>PHARMACY AT THE WA VE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$50.00 | | $15,961.14 |
| 05/15 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]1134<br>CANARY T TIP: BES T WE CANARYTEC CA<br>XXXXXXXXXXXX6642 | -$5.00 | | $15,956.14 |
| 05/15 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9216<br>PANERA BREAD 2028 80 K HANNACROI NY<br>XXXXXXXXXXXX6642 | -$17.15 | | $15,938.99 |
| 05/15 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 4[redacted]6501<br>TWINS MARKET BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$17.40 | | $15,921.59 |
| 05/15 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]4052 NET<br>COST 1029 BRIG HTON BBROOKLYN NY<br>XXXXXXXXXXXX6642 | -$67.34 | | $15,854.25 |
| 05/18 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 4[redacted]0097<br>BEST WESTERN FRANK LIN TROY NY<br>XXXXXXXXXXXX6642 | -$340.00 | | $15,514.25 |
| 05/18 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]2259<br>OCEANSIDE ANIMAL C LINIC BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$74.08 | | $15,440.17 |
| 05/18 | DEBIT PURCHASE | -$6.51 | | $15,433.66 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



1443 0005144 0009-0017 1443

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL [redacted]5479 WAKE UP COFFEE SHO P BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 05/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]3746 TST YOSSI S PIZZA 902BROOKLYN NY XXXXXXXXXXXX6642 | -$11.00 | | $15,422.66 |
| 05/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]5523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$100.00 | | $15,322.66 |
| 05/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]4300 DUNKIN 310196 Q35 BROOKLYN NY XXXXXXXXXXXX6642 | -$5.22 | | $15,317.44 |
| 05/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]4052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$37.40 | | $15,280.04 |
| 05/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 4[redacted]9216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$5.43 | | $15,274.61 |
| 05/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 AMAZON MKTPL DX5N2 48D3 Amzn com WA XXXXXXXXXXXX6642 | -$7.61 | | $15,267.00 |
| 05/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]3900 CHERRY HILL GOURME T BROOKLYN NY XXXXXXXXXXXX6642 | -$97.99 | | $15,169.01 |
| 05/18 | POS PURCHASE POS PURCHASE TERMIN[redacted]0000 EBAY O*18-14636-35 953 SAN JOSE CA XXXXXXXXXXXX6642 | -$19.04 | | $15,149.97 |
| 05/18 | POS PURCHASE POS PURCHASE TERMIN[redacted]0000 EBAY O*15-14640-91 224 SAN JOSE CA XXXXXXXXXXXX6642 | -$53.46 | | $15,096.51 |
| 05/18 | POS PURCHASE POS PURCHASE TERMIN[redacted]0000 EBAY O*20-14633-21 871 SAN JOSE CA XXXXXXXXXXXX6642 | -$46.98 | | $15,049.53 |
| 05/18 | POS PURCHASE POS PURCHASE TERMINAL [redacted]0025 WAL WAL-MART #1940 040 EAST GREE NY XXXXXXXXXXXX6642 | -$11.44 | | $15,038.09 |
| 05/18 | ACH DEBIT PAYPAL PURCHAS[redacted]0518 | -$22.93 | | $15,015.16 |
| 05/19 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX6642 | -$23.93 | | $14,991.23 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
[redacted]3310 01 L 1443

Valley

P.O. Box 558
Wayne, NJ 07474-0558



1443 0005145 0010-0017 1443

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 05/20 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9216<br>AMAZON MKTPL AF5GS 20A3 Amzn com WA<br>XXXXXXXXXXXX6642 | -$108.46 | | $14,882.77 |
| 05/20 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9433<br>JEFFREY ZIFF AND A SSOCIABROOKLYN NY<br>XXXXXXXXXXXX6642 | -$300.00 | | $14,582.77 |
| 05/20 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINA[redacted]4300<br>DUNKIN 310196 Q35 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$18.25 | | $14,564.52 |
| 05/20 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]4052 NET<br>COST 3100 OCEA N AVE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$149.44 | | $14,415.08 |
| 05/20 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9216 SQ<br>PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.25 | | $14,408.83 |
| 05/20 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]4052 NET<br>COST 3100 OCEA N AVE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$49.29 | | $14,359.54 |
| 05/21 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]9251<br>JOEY G S EXPRESS CORNINALBANY NY<br>XXXXXXXXXXXX6642 | -$10.00 | | $14,349.54 |
| 05/21 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]1290<br>ALBANY WAR ROOM TA VERN2 ALBANY NY<br>XXXXXXXXXXXX6642 | -$17.00 | | $14,332.54 |
| 05/22 | DEPOSIT | | $7,635.00 | $21,967.54 |
| 05/22 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]1641<br>IGAM COFFEE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$8.45 | | $21,959.09 |
| 05/22 | POS PURCHASE<br>POS PURCHASE TERMINAL [redacted]0001 WM<br>SUPERCENTER #19 40 RENSSELAE NY<br>XXXXXXXXXXXX6642 | -$5.37 | | $21,953.72 |
| 05/22 | POS PURCHASE<br>POS PURCHASE TERMINA[redacted]0000 EBAY<br>O*05-14677-82 512 SAN JOSE CA<br>XXXXXXXXXXXX6642 | -$107.78 | | $21,845.94 |
| 05/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINA[redacted]16 SQ<br>PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$7.79 | | $21,838.15 |
| 05/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]052 NET<br>COST 3100 OCEA N AVE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$29.30 | | $21,808.85 |
| 05/26 | DEBIT PURCHASE | -$26.03 | | $21,782.82 |


© 2023 Valle[redacted]k. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 06/02/2026


1443 0005146 0011-0017 1443

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL [redacted]5522<br>MAMMA LEONE BROOKLYN NY<br>XXXXXXXXXXXX6642 | | | |
| 05/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 4[redacted]3106<br>PETCO 1862 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$25.03 | | $21,757.79 |
| 05/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]3746<br>MARSHALLS 1189 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$99.95 | | $21,657.84 |
| 05/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]4052 NET<br>COST 3100 OCEA N AVE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$33.13 | | $21,624.71 |
| 05/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]3900<br>CHERRY HILL GOURME T BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$69.17 | | $21,555.54 |
| 05/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>Prime Video 6P7O9 4IQ3 888 802 3 WA<br>XXXXXXXXXXXX6642 | -$0.99 | | $21,554.55 |
| 05/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>AMAZON MKTPL BO6KI 9UJ3 Amz[redacted]com WA<br>XXXXXXXXXXXX6642 | -$21.76 | | $21,532.79 |
| 05/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]0097<br>JUNIORS CAFE LINDEN NJ<br>XXXXXXXXXXXX6642 | -$6.37 | | $21,526.42 |
| 05/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]216<br>EXXON PMG NJ II 24 05 8 ELIZABETH NJ<br>XXXXXXXXXXXX6642 | -$15.16 | | $21,511.26 |
| 05/26 | ACH DEBIT<br>PAYPAL PURCHASE[redacted]0526 | -$19.99 | | $21,491.27 |
| 05/26 | ACH DEBIT<br>EKATHERINA RYBAKOV A IAT PAYPAL[redacted]0526 | -$126.10 | | $21,365.17 |
| 05/26 | ACH DEBIT<br>PAYPAL PURCHASE[redacted]0526 | -$179.88 | | $21,185.29 |
| 05/27 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>STARBUCKS STORE 07 646 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$25.47 | | $21,159.82 |
| 05/27 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL [redacted]9216<br>STARBUCKS STORE 07 646 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$20.31 | | $21,139.51 |
| 05/27 | DEBIT PURCHASE | -$9.62 | | $21,129.89 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 06/02/2026


1443 0005147 0012-0017 1443

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL [redacted]5522 MAMMA LEONE BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 05/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$5.43 | | $21,124.46 |
| 05/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]4052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$21.18 | | $21,103.28 |
| 05/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]0197 HEAVENLY MARKET DE LI JNEW YORK NY XXXXXXXXXXXX6642 | -$8.48 | | $21,094.80 |
| 05/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 TACOS TEQUILA NEW YORK NY XXXXXXXXXXXX6642 | -$51.00 | | $21,043.80 |
| 05/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]8858 SAN VICENTE GOURME T DELIBROOKLYN NY XXXXXXXXXXXX6642 | -$2.49 | | $21,041.31 |
| 05/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 AMAZON MKTPL BM4SF 35D3 Amzn com WA XXXXXXXXXXXX6642 | -$76.56 | | $20,964.75 |
| 05/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 SQ FAR OUT POKE S HACK Rockaway NY XXXXXXXXXXXX6642 | -$60.97 | | $20,903.78 |
| 05/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 SQ WISE CLOCK CAF E Rockaway NY XXXXXXXXXXXX6642 | -$7.62 | | $20,896.16 |
| 05/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 SQ SEANY PIZZA ROCKAWAY NY XXXXXXXXXXXX6642 | -$5.44 | | $20,890.72 |
| 05/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 SQ WISE CLOCK CAF E Rockaway NY XXXXXXXXXXXX6642 | -$23.41 | | $20,867.31 |
| 05/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]7539 TESO LIFE BROOKLYN NY XXXXXXXXXXXX6642 | -$4.99 | | $20,862.32 |
| 05/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 GAP OUTLET US 3065 BROOKLYN NY XXXXXXXXXXXX6642 | -$19.99 | | $20,842.33 |
| 05/28 | POS PURCHASE | -$34.81 | | $20,807.52 |

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 06/02/2026
**Page :** 13 of 17

1443 0005148 0013-0017 1443

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | POS PURCHASE TERMIN[redacted]4002 FIVE BELOW 8102 BROOKLYN [redacted] XXXXXXXXXXXX6642 | | | |
| 05/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]3106 CHIPOTLE 5544 BROOKLYN NY XXXXXXXXXXXX6642 | -$15.90 | | $20,791.62 |
| 05/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]3105 SKECHERS USA 1210 BROOKLYN NY XXXXXXXXXXXX6642 | -$49.99 | | $20,741.63 |
| 06/01 | POS CREDIT MERCHANT REFUND TERMINAL[redacted]3746 CARTER S 887 BROOKLYN NY[redacted] XXXXXXXXXXXX6642 | | $26.00 | $20,767.63 |
| 06/01 | ATM DEPOSIT DEPOSIT TERMINA[redacted]72081 207 BRIGHTON BEACH AVE BROOKLYN NY XXXXXXXXXXXX6642 | | $13,116.03 | $33,883.66 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMIN[redacted]523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$50.00 | | $33,833.66 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]9216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $33,830.66 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]6106 LEXINGTON DELI C ONVENINEW YORK NY XXXXXXXXXXXX6642 | -$2.82 | | $33,827.84 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]8720 REMI FLOWER COFF EE NEW YORK NY XXXXXXXXXXXX6642 | -$14.78 | | $33,813.06 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]8720 REMI FLOWER COFF EE NEW YORK NY XXXXXXXXXXXX6642 | -$2.01 | | $33,811.05 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINA[redacted]3746 BARNES NOBLE 22 34 NEW YORK NY XXXXXXXXXXXX6642 | -$7.31 | | $33,803.74 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINA[redacted]9216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $33,800.74 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]9216 STARBUCKS STORE 03 438 BROOKLYN NY XXXXXXXXXXXX6642 | -$18.09 | | $33,782.65 |
| 06/01 | DEBIT PURCHASE | -$3.00 | | $33,779.65 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



1443 0005149 0014-0017 1443

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL [redacted]216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | | | |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]9216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $33,776.65 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]9216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $33,773.65 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]1641 AZZAB HALAL FOOD C ORP NEW YORK NY XXXXXXXXXXXX6642 | -$8.71 | | $33,764.94 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]9216 MTA NYCT PAYGO NEW YORK NY XXXXXXXXXXXX6642 | -$3.00 | | $33,761.94 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]9338 BILT Junoon New York NY XXXXXXXXXXXX6642 | -$431.27 | | $33,330.67 |
| 06/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL [redacted]522 AG TRAVEL PLAZA 36 01401 SAUGERTIE NY XXXXXXXXXXXX6642 | -$8.58 | | $33,322.09 |
| 06/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]900 1619 KINGS DELI CO RP BROOKLYN NY XXXXXXXXXXXX6642 | -$14.56 | | $33,307.53 |
| 06/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 4[redacted]9216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.79 | | $33,300.74 |
| 06/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]4052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$114.46 | | $33,186.28 |
| 06/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL[redacted]4300 DUNKIN 364616 BROOKLYN NY XXXXXXXXXXXX6642 | -$10.54 | | $33,175.74 |
| 06/02 | POS PURCHASE POS PURCHASE TERMINAL[redacted]6073 TARGET T-3276 BROOKLYN NY XXXXXXXXXXXX6642 | -$24.80 | | $33,150.94 |
| 06/02 | POS PURCHASE POS PURCHASE TERMINAL T[redacted]6073 TARGET T-3276 BROOKLYN NY XXXXXXXXXXXX6642 | -$32.48 | | $33,118.46 |
| 06/02 | POS PURCHASE POS PURCHASE TERMINAL[redacted]6124 TARGET STORE T-335 6 BROOKLY[redacted] NY XXXXXXXXXXXX6642 | -$52.23 | | $33,066.23 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | XXXXXX1912 |
| **Statement Date:** | 06/02/2026 |
| **Page :** | 15 of 17 |

1443 0005150 0015-0017 1443

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 06/02 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]216 SQ<br>TERIYAKI ONE Brooklyn NY<br>XXXXXXXXXXXX6642 | -$30.55 | | $33,035.68 |
| 06/02 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL[redacted]3106<br>CHIPOTLE 5544 BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$15.90 | | $33,019.78 |
| **Ending Balance** | | | | **$33,019.78** |

## CHECKS IN ORDER

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05/07 | 1009 | $465.00 | 05/12 | 1011 | $4,750.00 |
| 05/04 | 1010 | $1,815.00 | | | |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |
| **Total Return Fees** | $0.00 | $0.00 |

Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Account Number:** | XXXXXX1912 |
| **Statement Date:** | 06/02/2026 |
| **Page :** | 16 of 17 |

1443 0005151 0016-0017 1443

## Check Images for Account XXXXXX1912



Michael Novakhov
2906 Shell Road FL3
Brooklyn, NY 11224
1009
55-138/212
04.29.26 Date
Pay to the Order of Staten Island Tech H S $ 465.00
Four Hundred Sixty Five Dollars
Valley Bank
For Band Trip
[redacted] 912⑈ 1009

05/07/2026 # 1009 $465.00



Michael Novakhov
2906 Shell Road FL3
Brooklyn, NY 11224
1011
55-138/212
05.02.2026 Date
Pay to the Order of Work of Art LLC $ 4,750.00
Four Thousand Seven Hundred Fifty Dollars
Valley Bank
For Rent for May 2026
[redacted] 1912⑈ 1011

05/12/2026 # 1011 $4,750.00



Michael Novakhov
2906 Shell Road FL3
Brooklyn, NY 11224
1010
55-138/212
05.01.26 Date
Pay to the Order of Galina Gofberg $ 1,815
One Thousand Eight Hundred Fifteen Dollars
Valley Bank
For Child Support
[redacted] 912⑈ 1010

05/04/2026 # 1010 $1,815.00

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 06/02/2026


1443 0005152 0017-0017 1443

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.