# EXHIBIT A

Valley

P.O. Box 558
Wayne, NJ 07474-0558

Last Statement: July 2, 2026
Statement Ending: August 2, 2026


Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

[redacted]

MICHAEL NOVAKHOV
DEBTOR IN POSSESSION CASE #1-25-40073-JMM
110 NEPTUNE AVE APT 4E
BROOKLYN NY 11235-5378

[redacted]

# Account Statement

## ALL ACCESS CHECKING - XXXXXX1912

**SUMMARY FOR THE PERIOD: 07/03/26 - 08/02/26** *MICHAEL NOVAKHOV*

| Beginning Balance | | Deposits & Other Credits | | Withdrawals & Other Debits | | Ending Balance |
|---|---|---|---|---|---|---|
| $37,697.14 | + | $14,386.56 | - | $11,547.35 | = | $40,536.35 |

**TRANSACTIONS**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $37,697.14 |
| 07/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TST<br>JUST SALAD 233 BRNEW YORK NY<br>XXXXXXXXXXXX6642 | -$37.19 | | $37,659.95 |
| 07/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>PHARMACY AT THE WA VE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$52.72 | | $37,607.23 |
| 07/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 401134<br>AMAZON RETA FU6KK 58R3 WWW AMAZO WA<br>XXXXXXXXXXXX6642 | -$27.33 | | $37,579.90 |
| 07/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 401134<br>AMAZON RETA 3S55Y 40X3 WWW AMAZO WA<br>XXXXXXXXXXXX6642 | -$28.18 | | $37,551.72 |
| 07/03 | CHECK 1013 | -$1,850.00 | | $35,701.72 |
| 07/06 | ACH CREDIT<br>PAYPAL TRANSFER 260706 | | $174.18 | $35,875.90 |
| 07/06 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>AMAZON MKTPL YO9DP 9JS3 Amzn com WA<br>XXXXXXXXXXXX6642 | -$77.78 | | $35,798.12 |
| 07/06 | DEBIT PURCHASE | -$37.72 | | $35,760.40 |

 © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



49360 0803396-0002-0012 219360

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA FB5IU 8953 WWW AMAZO WA XXXXXXXXXXXX6642 | | | |
| 07/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 476501 TASHKENT SUPERMARK ET BROOKLYN NY XXXXXXXXXXXX6642 | -$27.00 | | $35,733.40 |
| 07/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL GL98P 0CY3 Amzn com WA XXXXXXXXXXXX6642 | -$14.12 | | $35,719.28 |
| 07/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL PZ930 2EA3 Amzn com WA XXXXXXXXXXXX6642 | -$55.36 | | $35,663.92 |
| 07/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ BEL FRIES FOOD S LLCNewark NJ XXXXXXXXXXXX6642 | -$39.20 | | $35,624.72 |
| 07/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 TST LUCKY TIGER NEW YORK NY XXXXXXXXXXXX6642 | -$124.99 | | $35,499.73 |
| 07/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 Prime Video HH9AK 5U43 888 802 3 WA XXXXXXXXXXXX6642 | -$0.74 | | $35,498.99 |
| 07/06 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA 0I7K3 3063 WWW AMAZO WA XXXXXXXXXXXX6642 | -$20.67 | | $35,478.32 |
| 07/07 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL B90QB 2YV3 Amzn com WA XXXXXXXXXXXX6642 | -$87.09 | | $35,391.23 |
| 07/07 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA JM9M2 3AB3 WWW AMAZO WA XXXXXXXXXXXX6642 | -$7.98 | | $35,383.25 |
| 07/07 | ZELLE DEBIT ZELLE WORK OF ART LL 800-522-4100 618800M0GD5R | -$1,500.00 | | $33,883.25 |
| 07/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 6P7UL 8HJ3 Amzn com WA XXXXXXXXXXXX6642 | -$6.23 | | $33,877.02 |
| 07/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 612KZ 2XX3 Amzn com WA XXXXXXXXXXXX6642 | -$46.59 | | $33,830.43 |
| 07/08 | DEBIT PURCHASE | -$28.86 | | $33,801.57 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 08/02/2026


19360 0803397 0003-0012 219360

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 6O2HF 6VA3 Amzn com WA XXXXXXXXXXXX6642 | | | |
| 07/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL UT5NI 6CT3 Amzn com WA XXXXXXXXXXXX6642 | -$30.75 | | $33,770.82 |
| 07/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$213.73 | | $33,557.09 |
| 07/08 | POS PURCHASE POS PURCHASE TERMINAL 00000000 EBAY O*11-14867-71 060 SAN JOSE CA XXXXXXXXXXXX6642 | -$7.33 | | $33,549.76 |
| 07/09 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $9.49 | $33,559.25 |
| 07/09 | POS CREDIT MERCHANT REFUND TERMINAL 469216 AMAZON MKTPLACE PM TS Amzn com WA XXXXXXXXXXXX6642 | | $18.47 | $33,577.72 |
| 07/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$50.00 | | $33,527.72 |
| 07/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL MA9OX 5YK3 Amzn com WA XXXXXXXXXXXX6642 | -$70.31 | | $33,457.41 |
| 07/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$11.41 | | $33,446.00 |
| 07/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 445351 BRIGHTON SNACKS DRINKSBROOKLYN NY XXXXXXXXXXXX6642 | -$3.12 | | $33,442.88 |
| 07/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F2467 BROOKLYN NY XXXXXXXXXXXX6642 | -$3.58 | | $33,439.30 |
| 07/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 319774 CARTER'S #887 2111 86TH BROOKLYN NY XXXXXXXXXXXX6642 | -$99.08 | | $33,340.22 |
| 07/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 475542 SUNNY SHOP DISCOUN T 99 CBROOKLYN NY XXXXXXXXXXXX6642 | -$16.88 | | $33,323.34 |
| 07/09 | POS PURCHASE | -$10.86 | | $33,312.48 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 08/02/2026


19360 0803398 0004-0012 219360

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | POS PURCHASE TERMINAL 13356158 TARGET STORE T-335 6 BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 07/09 | POS PURCHASE POS PURCHASE TERMINAL 13356122 TARGET STORE T-335 6 BROOKLYN NY XXXXXXXXXXXX6642 | -$135.97 | | $33,176.51 |
| 07/10 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 STARBUCKS STORE 03 438 BROOKLYN NY XXXXXXXXXXXX6642 | -$17.22 | | $33,159.29 |
| 07/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA 30447 7Q53 WWW AMAZO WA XXXXXXXXXXXX6642 | -$10.87 | | $33,148.42 |
| 07/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 479338 Vrbo HAKC2RFZ Austin TX XXXXXXXXXXXX6642 | -$243.04 | | $32,905.38 |
| 07/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 Amazon com SA48P3L N3 Amzn com WA XXXXXXXXXXXX6642 | -$10.88 | | $32,894.50 |
| 07/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL UY7QF 12J3 Amzn com WA XXXXXXXXXXXX6642 | -$39.04 | | $32,855.46 |
| 07/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA KQ6Q6 9K03 WWW AMAZO WA XXXXXXXXXXXX6642 | -$9.97 | | $32,845.49 |
| 07/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL P72KF 6BB3 Amzn com WA XXXXXXXXXXXX6642 | -$14.69 | | $32,830.80 |
| 07/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX6642 | -$7.61 | | $32,823.19 |
| 07/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 PANERA BREAD 6016 68 K PARAMUS NJ XXXXXXXXXXXX6642 | -$37.59 | | $32,785.60 |
| 07/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 319245 AUTOZONE 4767 78 OAK STWALDEN NY XXXXXXXXXXXX6642 | -$285.43 | | $32,500.17 |
| 07/13 | ZELLE DEBIT ZELLE WORK OF ART LL 800-522-4100 619200I03QF7 | -$1,500.00 | | $31,000.17 |
| 07/13 | ZELLE DEBIT | -$1,500.00 | | $29,500.17 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



19360 0803399 0005-0012 219360

## TRANSCTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | ZELLE WORK OF ART LL 800-522-4100 619400B0FHB4 | | | |
| 07/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL HY80F 5YE3 Amzn com WA XXXXXXXXXXXX6642 | -$36.50 | | $29,463.67 |
| 07/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$50.00 | | $29,413.67 |
| 07/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 443099 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX6642 | -$9.99 | | $29,403.68 |
| 07/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ DRESSEL FARMS New Paltz NY XXXXXXXXXXXX6642 | -$27.00 | | $29,376.68 |
| 07/14 | POS PURCHASE POS PURCHASE TERMINAL 12863501 CHESTNUT SERVICE C ENTE NEW PALTZ NY XXXXXXXXXXXX6642 | -$91.24 | | $29,285.44 |
| 07/15 | ACH CREDIT NEW YORK STATE PAYROLL 260715 | | $3,279.01 | $32,564.45 |
| 07/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 TST MAIN STREET B ISTRO NEW PALTZ NY XXXXXXXXXXXX6642 | -$40.00 | | $32,524.45 |
| 07/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 TST BENTON Gardiner NY XXXXXXXXXXXX6642 | -$50.00 | | $32,474.45 |
| 07/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 404955 GREAT LOOK CLEANER S AND BROOKLYN NY XXXXXXXXXXXX6642 | -$27.71 | | $32,446.74 |
| 07/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$24.80 | | $32,421.94 |
| 07/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$29.72 | | $32,392.22 |
| 07/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PURE GREEN Brooklyn NY XXXXXXXXXXXX6642 | -$13.95 | | $32,378.27 |
| 07/17 | DEPOSIT | | $7,538.00 | $39,916.27 |
| 07/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 480166 JUDAICA WORLD BROOKLYN NY XXXXXXXXXXXX6642 | -$8.00 | | $39,908.27 |
| 07/17 | DEBIT PURCHASE | -$17.95 | | $39,890.32 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



19360 0803400 0006-0012 219360

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL LR894 71I3 Amzn com WA XXXXXXXXXXXX6642 | | | |
| 07/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 Amazon com U51E707 H3 Amzn com WA XXXXXXXXXXXX6642 | -$43.43 | | $39,846.89 |
| 07/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 480197 LOQMA CAFE CORP BROOKLYN NY XXXXXXXXXXXX6642 | -$11.86 | | $39,835.03 |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 2Y29Q 6WS3 Amzn com WA XXXXXXXXXXXX6642 | -$13.05 | | $39,821.98 |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL BT3VG 3383 Amzn com WA XXXXXXXXXXXX6642 | -$9.79 | | $39,812.19 |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 8M4JI 1853 Amzn com WA XXXXXXXXXXXX6642 | -$8.70 | | $39,803.49 |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 638J1 8NZ3 Amzn com WA XXXXXXXXXXXX6642 | -$10.88 | | $39,792.61 |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL FF4GS 6MV3 Amzn com WA XXXXXXXXXXXX6642 | -$21.76 | | $39,770.85 |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL MH6P1 39E3 Amzn com WA XXXXXXXXXXXX6642 | -$8.81 | | $39,762.04 |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 081VF 9CR3 Amzn com WA XXXXXXXXXXXX6642 | -$86.73 | | $39,675.31 |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 8847G 3BH3 Amzn com WA XXXXXXXXXXXX6642 | -$21.75 | | $39,653.56 |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX6642 | -$13.05 | | $39,640.51 |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 CVS PHARMACY 0270 0 BROOKLYN NY XXXXXXXXXXXX6642 | -$30.67 | | $39,609.84 |
| 07/20 | DEBIT PURCHASE | -$44.85 | | $39,564.99 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX1912
Statement Date: 08/02/2026


19360 0803401 0007-0012 219360

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 802AS 1CM3 Amzn com WA XXXXXXXXXXXX6642 | | | |
| 07/20 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 318198 DUANE READE STO 11 602 BEFAR ROCKA NY XXXXXXXXXXXX6642 | -$15.13 | | $39,549.86 |
| 07/20 | ACH DEBIT PAYPAL PURCHASE 260720 | -$6.95 | | $39,542.91 |
| 07/20 | ACH DEBIT PAYPAL PURCHASE 260720 | -$685.18 | | $38,857.73 |
| 07/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST MARKET NE PTUNE BROOKLYN NY XXXXXXXXXXXX6642 | -$62.93 | | $38,794.80 |
| 07/22 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 476933 NEW YORK STATE DMV 518 47409 NY XXXXXXXXXXXX6642 | -$17.50 | | $38,777.30 |
| 07/22 | POS PURCHASE POS PURCHASE TERMINAL 91030398 USPS PO 3509910303 BROOKLYN NY XXXXXXXXXXXX6642 | -$9.55 | | $38,767.75 |
| 07/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$50.00 | | $38,717.75 |
| 07/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$7.25 | | $38,710.50 |
| 07/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 476933 NEW YORK STATE DMV 518 47409 NY XXXXXXXXXXXX6642 | -$148.00 | | $38,562.50 |
| 07/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 1029 BRIG HTON BBROOKLYN NY XXXXXXXXXXXX6642 | -$78.59 | | $38,483.91 |
| 07/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL KY5JD 9703 Amzn com WA XXXXXXXXXXXX6642 | -$54.91 | | $38,429.00 |
| 07/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 EXXON KINGS 3003 M ART BROOKLYN NY XXXXXXXXXXXX6642 | -$11.23 | | $38,417.77 |
| 07/24 | ACH DEBIT PAYPAL PURCHASE 260724 | -$19.99 | | $38,397.78 |
| 07/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 OUTBACK 3331 BROOKLYN NY XXXXXXXXXXXX6642 | -$77.00 | | $38,320.78 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 08/02/2026


19360 0803402 0008-0012 219360

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 07/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL TU052 5IF3 Amzn com WA XXXXXXXXXXXX6642 | -$119.74 | | $38,201.04 |
| 07/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 406927 TASKRABBIT DEPOSI T WWW TASKR CA XXXXXXXXXXXX6642 | -$133.99 | | $38,067.05 |
| 07/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL SF9S4 47Z3 Amzn com WA XXXXXXXXXXXX6642 | -$8.58 | | $38,058.47 |
| 07/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 Amazon com YP70Z45 J3 Amzn com WA XXXXXXXXXXXX6642 | -$29.99 | | $38,028.48 |
| 07/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ ORSO COFFEE Brooklyn NY XXXXXXXXXXXX6642 | -$6.89 | | $38,021.59 |
| 07/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 IGAM COFFEE BROOKLYN NY XXXXXXXXXXXX6642 | -$7.21 | | $38,014.38 |
| 07/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 2R50Z 5XU3 Amzn com WA XXXXXXXXXXXX6642 | -$71.46 | | $37,942.92 |
| 07/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 Amazon com 1B23C5B 03 Amzn com WA XXXXXXXXXXXX6642 | -$10.89 | | $37,932.03 |
| 07/27 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 TST FRENCH ROAST New York NY XXXXXXXXXXXX6642 | -$106.00 | | $37,826.03 |
| 07/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$50.00 | | $37,776.03 |
| 07/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 420785 YOGURT CITY BROOKLYN NY XXXXXXXXXXXX6642 | -$19.72 | | $37,756.31 |
| 07/28 | POS PURCHASE POS PURCHASE TERMINAL 00000000 ETSY, INC. ETSY.CO M*DO BROOKLYN NY XXXXXXXXXXXX6642 | -$12.76 | | $37,743.55 |
| 07/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 406927 TASKRABBIT RECEIP T WWW TASKR CA XXXXXXXXXXXX6642 | -$67.00 | | $37,676.55 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 08/02/2026


19360 0803403 0009-0012 219360

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 07/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 471705 TLF FINISHING TOUC H FLOR425 74665 WA XXXXXXXXXXXX6642 | -$49.59 | | $37,626.96 |
| 07/29 | ACH CREDIT NEW YORK STATE PAYROLL 260729 | | $3,279.01 | $40,905.97 |
| 07/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL IE4G0 7F63 Amzn com WA XXXXXXXXXXXX6642 | -$23.15 | | $40,882.82 |
| 07/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 3559E 3O93 Amzn com WA XXXXXXXXXXXX6642 | -$43.02 | | $40,839.80 |
| 07/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA XD8EC 5B13 WWW AMAZO WA XXXXXXXXXXXX6642 | -$54.05 | | $40,785.75 |
| 07/30 | POS CREDIT MERCHANT REFUND TERMINAL 401134 SP DANCEANDSWAY DENVER CO XXXXXXXXXXXX6642 | | $88.40 | $40,874.15 |
| 07/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL EH95X 6743 Amzn com WA XXXXXXXXXXXX6642 | -$28.30 | | $40,845.85 |
| 07/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 504QL 6QB3 Amzn com WA XXXXXXXXXXXX6642 | -$110.39 | | $40,735.46 |
| 07/31 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL KY5Y9 6CD3 Amzn com WA XXXXXXXXXXXX6642 | -$159.93 | | $40,575.53 |
| 07/31 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5N844 7XR2 Amzn com WA XXXXXXXXXXXX6642 | -$39.18 | | $40,536.35 |
| **Ending Balance** | | | | **$40,536.35** |

## CHECKS IN ORDER

| Date | Number | Amount |
|---|---|---|
| 07/03 | 1013 | $1,850.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
7189 0803403 0009-0012 M0656DDA080126073618 08 L 219360

Valley

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX1912
Statement Date: 08/02/2026


19360 0803404 0010-0012 219360

**OVERDRAFT FEES** (continued)

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| Total Return Fees | $0.00 | $0.00 |

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 08/02/2026


19360 0803405 0011-0012 219360

## Check Images for Account XXXXXX1912


Michael Novakhov
2005 Shell Road FL3
Brooklyn, NY 11224

1013
55-130/212

Date 07.03.26

Pay to the Order of [illegible] $ 1,850.00

One Thousand Eight Hundred Fifty Dollars

Valley Bank

For Child support

[redacted] 1912⑈ 1013

07/03/2026 # 1013 $1,850.00

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 08/02/2026


19360 0803406 0012-0012 219360

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.