**EXHIBIT A**

**Valley**

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Last Statement:** | September 2, 2026 |
| **Statement Ending:** | October 2, 2026 |
| **Page:** | 1 of 16 |

[redacted]

MICHAEL NOVAKHOV
DEBTOR IN POSSESSION CASE #1-25-40073-JMM
110 NEPTUNE AVE APT 4E
BROOKLYN NY 11235-5378

| | |
|---|---|
| Email: | contactus@valley.com |
| Visit Us Online: | www.valley.com |
| Mail To: | 1720 Route 23, Wayne, NJ 07470 |

7787 0027947 0001-0016 7787

# Account Statement

## ALL ACCESS CHECKING - XXXXXX1912

**SUMMARY FOR THE PERIOD: 09/03/26 - 10/02/26**

*MICHAEL NOVAKHOV*

| Beginning Balance | | Deposits & Other Credits | | Withdrawals & Other Debits | | Ending Balance |
|---|---|---|---|---|---|---|
| $56,620.38 | + | $16,134.94 | - | $29,238.67 | = | $43,516.65 |

**TRANSACTIONS**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $56,620.38 |
| 09/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 479338<br>DOOKKI New York NY XXXXXXXXXXXX6642 | -$37.00 | | $56,583.38 |
| 09/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 493487<br>MINISO TIMES SQUAR E NEW YORK NY<br>XXXXXXXXXXXX6642 | -$13.59 | | $56,569.79 |
| 09/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>AMAZON MKTPL 5Q3YT 1SR2 Amzn com WA<br>XXXXXXXXXXXX6642 | -$45.50 | | $56,524.29 |
| 09/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>AMAZON MKTPL 538MW 4NS1 Amzn com WA<br>XXXXXXXXXXXX6642 | -$10.87 | | $56,513.42 |
| 09/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 401134<br>AMAZON RETA 5361V 8ZI1 WWW AMAZO WA<br>XXXXXXXXXXXX6642 | -$44.64 | | $56,468.78 |
| 09/03 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>AMAZON MKTPL 5Q9SX 2200 Amzn com WA<br>XXXXXXXXXXXX6642 | -$36.11 | | $56,432.67 |
| 09/03 | DEBIT PURCHASE | -$2.10 | | $56,430.57 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



7787 0027948 0002-0016 7787

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Melvil le Melville NY XXXXXXXXXXXX6642 | | | |
| 09/03 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 319509 CVS/PHARMACY #02 0 2700--SHEEPSHEA NY XXXXXXXXXXXX6642 | -$19.49 | | $56,411.08 |
| 09/03 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 494300 DUNKIN 310196 Q35 BROOKLYN NY XXXXXXXXXXXX6642 | -$18.23 | | $56,392.85 |
| 09/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5Q8X4 6IM2 Amzn com WA XXXXXXXXXXXX6642 | -$57.86 | | $56,334.99 |
| 09/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 Amazon com 5332P8A I1 Amzn com WA XXXXXXXXXXXX6642 | -$7.27 | | $56,327.72 |
| 09/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$2.10 | | $56,325.62 |
| 09/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 441289 CONEY ISLAND DISCO UNT STBROOKLYN NY XXXXXXXXXXXX6642 | -$25.61 | | $56,300.01 |
| 09/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$37.71 | | $56,262.30 |
| 09/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.79 | | $56,255.51 |
| 09/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F4345 BROOKLYN NY XXXXXXXXXXXX6642 | -$39.85 | | $56,215.66 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 53253 4ZU0 Amzn com WA XXXXXXXXXXXX6642 | -$42.98 | | $56,172.68 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA 539G9 8BE1 WWW AMAZO WA XXXXXXXXXXXX6642 | -$13.74 | | $56,158.94 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 432300 CPH LIABILITY INSU RANC 800 875 1 IL XXXXXXXXXXXX6642 | -$20.00 | | $56,138.94 |
| 09/08 | DEBIT PURCHASE | -$18.49 | | $56,120.45 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

Account Number: XXXXXX1912
Statement Date: 10/02/2026


7787 0027949 0003-0016 7787

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA 5397N 0BW1 WWW AMAZO WA XXXXXXXXXXXX6642 | | | |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 480197 GULLUOGLU BROOKLYN NY XXXXXXXXXXXX6642 | -$4.89 | | $56,115.56 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ ORSO COFFEE Brooklyn NY XXXXXXXXXXXX6642 | -$6.80 | | $56,108.76 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 LYFT STANDARD 0 9 04 LYFT COM CA XXXXXXXXXXXX6642 | -$9.13 | | $56,099.63 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 475542 YO1 CENTER 800 49073 NY XXXXXXXXXXXX6642 | -$675.46 | | $55,424.17 |
| 09/08 | POS PURCHASE POS PURCHASE TERMINAL 13385501 PMG NJ II 2405/800 6 ELIZABETH NJ XXXXXXXXXXXX6642 | -$16.76 | | $55,407.41 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 EXXON PMG NJ II 24 05 8 ELIZABETH NJ XXXXXXXXXXXX6642 | -$17.83 | | $55,389.58 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 EXXON PMG NJ II 24 05 8 ELIZABETH NJ XXXXXXXXXXXX6642 | -$6.40 | | $55,383.18 |
| 09/08 | POS PURCHASE POS PURCHASE TERMINAL 13385501 PMG NJ II 2405/800 6 ELIZABETH NJ XXXXXXXXXXXX6642 | -$8.75 | | $55,374.43 |
| 09/08 | POS PURCHASE POS PURCHASE TERMINAL 13385501 PMG NJ II 2405/800 6 ELIZABETH NJ XXXXXXXXXXXX6642 | -$9.77 | | $55,364.66 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 PANERA BREAD 2047 40 K MIDDLETOW NY XXXXXXXXXXXX6642 | -$32.73 | | $55,331.93 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$50.00 | | $55,281.93 |
| 09/08 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 475542 YO1 CENTER MONTICELL NY XXXXXXXXXXXX6642 | -$540.00 | | $54,741.93 |
| 09/08 | DEBIT PURCHASE | -$55.79 | | $54,686.14 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



7787 0027950 0004-0016 7787

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216<br>AMAZON MKTPL 53207 7WQ1 Amzn com WA<br>XXXXXXXXXXXX6642 | | | |
| 09/08 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>AMAZON MKTPL 534WX 2MH2 Amzn com WA<br>XXXXXXXXXXXX6642 | -$61.19 | | $54,624.95 |
| 09/08 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216 SQ<br>SOONS FARMSTOR E New Hampt NY<br>XXXXXXXXXXXX6642 | -$57.30 | | $54,567.65 |
| 09/08 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 770446<br>SUBZI MANDI PARSIPPAN NJ<br>XXXXXXXXXXXX6642 | -$22.30 | | $54,545.35 |
| 09/08 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 413746 TST<br>BUBBAKOO S BU RRITOSPARSIPPAN NJ<br>XXXXXXXXXXXX6642 | -$16.97 | | $54,528.38 |
| 09/08 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 442733<br>MCDONALD S F13085 PARSIPPAN NJ<br>XXXXXXXXXXXX6642 | -$22.88 | | $54,505.50 |
| 09/09 | POS DEPOSIT<br>POS DEPOSIT TERMINAL 00000000 EBAY O*04-<br>15101-24 902 SAN JOSE CA<br>XXXXXXXXXXXX6642 | | $70.00 | $54,575.50 |
| 09/09 | ACH CREDIT<br>NEW YORK STATE PAYROLL 260909 | | $3,279.01 | $57,854.51 |
| 09/09 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>AMAZON MKTPL 5L7U2 13Z1 Amzn com WA<br>XXXXXXXXXXXX6642 | -$27.98 | | $57,826.53 |
| 09/09 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 476501<br>TASHKENT SUPERMARK ET BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$4.50 | | $57,822.03 |
| 09/09 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 476501<br>TASHKENT SUPERMARK ET BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$1.62 | | $57,820.41 |
| 09/09 | POS PURCHASE<br>POS PURCHASE TERMINAL 9UQEO5MD<br>OCEANSIDE ANIMAL C LINI BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$465.60 | | $57,354.81 |
| 09/09 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL 314077 NET<br>COST 3100 OCEA N AVE BROOKLYN NY<br>XXXXXXXXXXXX6642 | -$98.18 | | $57,256.63 |
| 09/09 | ZELLE DEBIT<br>ZELLE WORK OF ART LL 800-522-4100<br>625200C0CD3Y | -$1,500.00 | | $55,756.63 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



7787 0027951 0005-0016 7787

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 09/10 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$7.25 | | $55,749.38 |
| 09/10 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 444500 FIV GONGCHA BROOKLYN NY XXXXXXXXXXXX6642 | -$12.16 | | $55,737.22 |
| 09/10 | ACH DEBIT BKOFAM CK WEBXFR ETRANSFER 260910 | -$9,500.00 | | $46,237.22 |
| 09/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 442629 New Lucky 99 Disco unt StBrooklyn NY XXXXXXXXXXXX6642 | -$7.63 | | $46,229.59 |
| 09/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405449 TETE A TETE CAFE BROOKLYN NY XXXXXXXXXXXX6642 | -$7.20 | | $46,222.39 |
| 09/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 406106 1624 FRUIT GARDEN CORP BROOKLYN NY XXXXXXXXXXXX6642 | -$18.20 | | $46,204.19 |
| 09/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 STARBUCKS STORE 58 281 BROOKLYN NY XXXXXXXXXXXX6642 | -$17.88 | | $46,186.31 |
| 09/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5L6NP 0V71 Amzn com WA XXXXXXXXXXXX6642 | -$10.94 | | $46,175.37 |
| 09/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$16.82 | | $46,158.55 |
| 09/11 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$40.45 | | $46,118.10 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 LYFT STANDARD 0 9 11 LYFT COM CA XXXXXXXXXXXX6642 | -$7.93 | | $46,110.17 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 LYFT STANDARD 0 9 11 LYFT COM CA XXXXXXXXXXXX6642 | -$8.76 | | $46,101.41 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 403629 AIRBNB HMB2CQRQN 4 AIRBNB CO CA XXXXXXXXXXXX6642 | -$787.37 | | $45,314.04 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5L5PC 0J62 Amzn com WA XXXXXXXXXXXX6642 | -$21.72 | | $45,292.32 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

Account Number: XXXXXX1912
Statement Date: 10/02/2026


P.O. Box 558
Wayne, NJ 07474-0558

7787 0027952 0006-0016 7787

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST MARKET NE PTUNE BROOKLYN NY XXXXXXXXXXXX6642 | -$282.26 | | $45,010.06 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 419433 SHOP N SMILE GROCE RIES IBROOKLYN NY XXXXXXXXXXXX6642 | -$7.98 | | $45,002.08 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 425761 MONGAUP VALLEY SUN OCO MONGAUP V NY XXXXXXXXXXXX6642 | -$24.68 | | $44,977.40 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SHELL 12646360003 CALLICOON NY XXXXXXXXXXXX6642 | -$3.33 | | $44,974.07 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 414572 CALLICOON CAFFE 845 88768 NY XXXXXXXXXXXX6642 | -$83.00 | | $44,891.07 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX6642 | -$9.99 | | $44,881.08 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 400097 JEFFS DINER JEFFERSON NY XXXXXXXXXXXX6642 | -$103.02 | | $44,778.06 |
| 09/14 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 494300 BEAR MOUNTAIN 10 BEAR MOUN NY XXXXXXXXXXXX6642 | -$7.59 | | $44,770.47 |
| 09/14 | CHECKING WITHDRAWAL | -$9,500.00 | | $35,270.47 |
| 09/15 | ACH CREDIT BKOFAM CK WEBXFR ETRANSFER 260915 | | $9,500.00 | $44,770.47 |
| 09/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 431605 SHELL OIL 57545436 800 POMONA NY XXXXXXXXXXXX6642 | -$29.75 | | $44,740.72 |
| 09/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$27.73 | | $44,712.99 |
| 09/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$13.59 | | $44,699.40 |
| 09/15 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$100.30 | | $44,599.10 |
| 09/16 | DEBIT PURCHASE | -$2.10 | | $44,597.00 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 10/02/2026


7787 0027953 0007-0016 7787

**TRANSACTIONS (continued)**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | | | |
| 09/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.43 | | $44,590.57 |
| 09/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$31.64 | | $44,558.93 |
| 09/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424052 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$62.35 | | $44,496.58 |
| 09/16 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA 5R36Q 7PX1 WWW AMAZO WA XXXXXXXXXXXX6642 | -$6.40 | | $44,490.18 |
| 09/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 426975 SHEIN COM 844 80225 CA XXXXXXXXXXXX6642 | -$13.24 | | $44,476.94 |
| 09/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5R8EG 1MR1 Amzn com WA XXXXXXXXXXXX6642 | -$9.81 | | $44,467.13 |
| 09/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5L1UE 1RN0 Amzn com WA XXXXXXXXXXXX6642 | -$8.15 | | $44,458.98 |
| 09/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5L384 8WL2 Amzn com WA XXXXXXXXXXXX6642 | -$25.43 | | $44,433.55 |
| 09/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA 5R4V1 8F92 WWW AMAZO WA XXXXXXXXXXXX6642 | -$12.04 | | $44,421.51 |
| 09/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5R8QY 15L1 Amzn com WA XXXXXXXXXXXX6642 | -$49.89 | | $44,371.62 |
| 09/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$14.59 | | $44,357.03 |
| 09/17 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Melvil le Melville NY XXXXXXXXXXXX6642 | -$3.35 | | $44,353.68 |
| 09/17 | POS PURCHASE POS PURCHASE TERMINAL 00ML5V41 7-ELEVEN COCOA BEA FL XXXXXXXXXXXX6642 | -$5.34 | | $44,348.34 |

 © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



7787 0029954 0008-0016 7787

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 09/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5R860 3452 Amzn com WA XXXXXXXXXXXX6642 | -$110.82 | | $44,237.52 |
| 09/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5R1A1 44L0 Amzn com WA XXXXXXXXXXXX6642 | -$5.76 | | $44,231.76 |
| 09/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5R1EV 8BY1 Amzn com WA XXXXXXXXXXXX6642 | -$20.51 | | $44,211.25 |
| 09/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 406106 NEW RAIN 99 C BROOKLYN NY XXXXXXXXXXXX6642 | -$71.77 | | $44,139.48 |
| 09/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$2.10 | | $44,137.38 |
| 09/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 424833 TACOS LOS POBLANOS 1 BROOKLYN NY XXXXXXXXXXXX6642 | -$48.53 | | $44,088.85 |
| 09/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ BENTOME Brooklyn NY XXXXXXXXXXXX6642 | -$23.54 | | $44,065.31 |
| 09/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Melvil le Melville NY XXXXXXXXXXXX6642 | -$2.10 | | $44,063.21 |
| 09/18 | POS PURCHASE POS PURCHASE TERMINAL P1098175 PUBLIX COCOA BEA FL XXXXXXXXXXXX6642 | -$116.26 | | $43,946.95 |
| 09/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 444500 STARBUCKS 58310 BROOKLYN NY XXXXXXXXXXXX6642 | -$20.76 | | $43,926.19 |
| 09/18 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST 1029 BRIG HTON BBROOKLYN NY XXXXXXXXXXXX6642 | -$109.44 | | $43,816.75 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$2.10 | | $43,814.65 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$100.00 | | $43,714.65 |
| 09/21 | DEBIT PURCHASE | -$55.00 | | $43,659.65 |

 © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



7787 0029955 0009-0016 7787

**TRANSCTIONS (continued)**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 9 DECILLION FASHIO N COCOA BEA FL XXXXXXXXXXXX6642 | | | |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 400097 BRANOS ITALIAN GRI LL COCOA BEA FL XXXXXXXXXXXX6642 | -$74.00 | | $43,585.65 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 APPLE COM BILL 866 712 7 CA XXXXXXXXXXXX6642 | -$13.05 | | $43,572.60 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 CVS PHARMACY 0024 6 COCOA BEA FL XXXXXXXXXXXX6642 | -$3.41 | | $43,569.19 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405449 WAKE UP COFFEE SHO P BROOKLYN NY XXXXXXXXXXXX6642 | -$8.79 | | $43,560.40 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 400341 14 FOXS OF BROOKLY N BROOKLYN NY XXXXXXXXXXXX6642 | -$171.00 | | $43,389.40 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 319998 BURLINGTON STORES 1659 BROOKLYN NY XXXXXXXXXXXX6642 | -$42.25 | | $43,347.15 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 426975 SHEIN COM 844 80225 NY XXXXXXXXXXXX6642 | -$49.49 | | $43,297.66 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5R26E 4HT2 Amzn com WA XXXXXXXXXXXX6642 | -$72.37 | | $43,225.29 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 494300 DUNKIN 310196 Q35 BROOKLYN NY XXXXXXXXXXXX6642 | -$12.39 | | $43,212.90 |
| 09/21 | POS PURCHASE POS PURCHASE TERMINAL 39423101 BP#6633606TOZANLI INC BROOKLYN NY XXXXXXXXXXXX6642 | -$22.24 | | $43,190.66 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 DOROSHENKO FAMILY INC BROOKLYN NY XXXXXXXXXXXX6642 | -$75.19 | | $43,115.47 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 403629 EB HELLA AYELET G AL W 801 413 7 CA XXXXXXXXXXXX6642 | -$24.17 | | $43,091.30 |
| 09/21 | DEBIT PURCHASE | -$151.36 | | $42,939.94 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

| | |
|---|---|
| **Account Number:** | XXXXXX1912 |
| **Statement Date:** | 10/02/2026 |
| **Page :** | 10 of 16 |

P.O. Box 558
Wayne, NJ 07474-0558

7787 0027956 0010-0016 7787

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 314077 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 444500 SPO HEIDISJAZZCLUB RESTACOCOA BEA FL XXXXXXXXXXXX6642 | -$257.81 | | $42,682.13 |
| 09/21 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 413746 Cracker Barrel 800 33399 TN XXXXXXXXXXXX6642 | -$50.10 | | $42,632.03 |
| 09/22 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 403629 SWEETWATER SOUND 260 432 8 IN XXXXXXXXXXXX6642 | -$108.86 | | $42,523.17 |
| 09/23 | ACH CREDIT NEW YORK STATE PAYROLL 260923 | | $3,279.00 | $45,802.17 |
| 09/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5R6BE 77F2 Amzn com WA XXXXXXXXXXXX6642 | -$71.79 | | $45,730.38 |
| 09/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 MONEYGRAM US ONLIN E https: w TX XXXXXXXXXXXX6642 | -$249.49 | | $45,480.89 |
| 09/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 442733 MCDONALD S F4210 BROOKLYN NY XXXXXXXXXXXX6642 | -$18.48 | | $45,462.41 |
| 09/23 | POS PURCHASE POS PURCHASE TERMINAL 00N0TM01 7-ELEVEN BROOKLYN NY XXXXXXXXXXXX6642 | -$20.04 | | $45,442.37 |
| 09/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 476501 TASHKENT SUPERMARK ET BROOKLYN NY XXXXXXXXXXXX6642 | -$39.92 | | $45,402.45 |
| 09/23 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$105.76 | | $45,296.69 |
| 09/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$7.79 | | $45,288.90 |
| 09/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$6.71 | | $45,282.19 |
| 09/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Melvil le Melville NY XXXXXXXXXXXX6642 | -$3.35 | | $45,278.84 |
| 09/24 | DEBIT PURCHASE | -$12.61 | | $45,266.23 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 10/02/2026


7787 0027957 0011-0016 7787

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 494300 DUNKIN 310196 Q35 BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 09/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON MARK 5X3HY 84E2 AMAZON CO WA XXXXXXXXXXXX6642 | -$24.19 | | $45,242.04 |
| 09/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$11.96 | | $45,230.08 |
| 09/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$68.36 | | $45,161.72 |
| 09/24 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$10.36 | | $45,151.36 |
| 09/25 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$5.98 | | $45,145.38 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5X1T6 5AE2 Amzn com WA XXXXXXXXXXXX6642 | -$123.79 | | $45,021.59 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$2.10 | | $45,019.49 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$3.35 | | $45,016.14 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 LYFT STANDARD 0 9 24 LYFT COM CA XXXXXXXXXXXX6642 | -$7.15 | | $45,008.99 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5X5SL 2U01 Amzn com WA XXXXXXXXXXXX6642 | -$38.10 | | $44,970.89 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 512K1 20M1 Amzn com WA XXXXXXXXXXXX6642 | -$92.89 | | $44,878.00 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 LYFT STANDARD 0 9 25 LYFT COM CA XXXXXXXXXXXX6642 | -$7.96 | | $44,870.04 |
| 09/28 | DEBIT PURCHASE | -$71.24 | | $44,798.80 |

 © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 10/02/2026


7787 0027958 0012-0016 7787

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 400097 ST PETERSBURG ALL FOR 718 94399 NY XXXXXXXXXXXX6642 | | | |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 480197 GULLUOGLU BROOKLYN NY XXXXXXXXXXXX6642 | -$10.90 | | $44,787.90 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 441289 CONEY ISLAND DISCO UNT STBROOKLYN NY XXXXXXXXXXXX6642 | -$28.14 | | $44,759.76 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 419433 SHOP N SMILE GROCE RIES IBROOKLYN NY XXXXXXXXXXXX6642 | -$10.04 | | $44,749.72 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405523 APPLE CASH SENT MO NEY 1INFINITE CA XXXXXXXXXXXX6642 | -$50.00 | | $44,699.72 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 300120 YUM YUM TOO NEW YORK NY XXXXXXXXXXXX6642 | -$130.00 | | $44,569.72 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 443106 TKTS THEATER TIX NEW YORK NY XXXXXXXXXXXX6642 | -$282.00 | | $44,287.72 |
| 09/28 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 STARBUCKS STORE 08 769 NEW YORK NY XXXXXXXXXXXX6642 | -$12.36 | | $44,275.36 |
| 09/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 I PIZZA NY NEW YORK NY XXXXXXXXXXXX6642 | -$26.77 | | $44,248.59 |
| 09/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 411641 I PIZZA NY NEW YORK NY XXXXXXXXXXXX6642 | -$6.53 | | $44,242.06 |
| 09/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 AMAZON RETA 515YQ 2VR1 WWW AMAZO WA XXXXXXXXXXXX6642 | -$21.73 | | $44,220.33 |
| 09/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5X3G2 37E2 Amzn com WA XXXXXXXXXXXX6642 | -$16.32 | | $44,204.01 |
| 09/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$18.45 | | $44,185.56 |
| 09/29 | DEBIT PURCHASE | -$157.92 | | $44,027.64 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



7787 0027959 0013-0016 7787

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 314077 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | | | |
| 09/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ PEP BROOKLYN NY XXXXXXXXXXXX6642 | -$5.71 | | $44,021.93 |
| 09/29 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 402821 EMMONS DELI BROOKLYN NY XXXXXXXXXXXX6642 | -$8.76 | | $44,013.17 |
| 09/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$2.10 | | $44,011.07 |
| 09/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$2.95 | | $44,008.12 |
| 09/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$2.95 | | $44,005.17 |
| 09/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 Amazon com 518JU1E D0 Amzn com WA XXXXXXXXXXXX6642 | -$29.39 | | $43,975.78 |
| 09/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 480197 VARIEDADES ARCOIRI S INC BROOKLYN NY XXXXXXXXXXXX6642 | -$1.98 | | $43,973.80 |
| 09/30 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST MARKET NE PTUNE BROOKLYN NY XXXXXXXXXXXX6642 | -$49.44 | | $43,924.36 |
| 10/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 443186 WILDBERRY BROOKLYN NY XXXXXXXXXXXX6642 | -$19.51 | | $43,904.85 |
| 10/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 425137 V S PIZZERIA BROOKLYN NY XXXXXXXXXXXX6642 | -$10.70 | | $43,894.15 |
| 10/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 400097 KIDS WORLD 718 94399 NY XXXXXXXXXXXX6642 | -$15.69 | | $43,878.46 |
| 10/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 512OQ 7KR1 Amzn com WA XXXXXXXXXXXX6642 | -$8.70 | | $43,869.76 |
| 10/01 | DEBIT PURCHASE | -$23.82 | | $43,845.94 |

 © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 10/02/2026


7787 0027960 0014-0016 7787

**TRANSACTIONS** (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 514CS 6lI1 Amzn com WA XXXXXXXXXXXX6642 | | | |
| 10/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Melvil le Melville NY XXXXXXXXXXXX6642 | -$2.85 | | $43,843.09 |
| 10/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 SQ HALAL FOOD Brooklyn NY XXXXXXXXXXXX6642 | -$9.00 | | $43,834.09 |
| 10/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 314077 NET COST 3100 OCEA N AVE BROOKLYN NY XXXXXXXXXXXX6642 | -$59.32 | | $43,774.77 |
| 10/01 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 515MH 3WB1 Amzn com WA XXXXXXXXXXXX6642 | -$26.65 | | $43,748.12 |
| 10/02 | POS CREDIT MERCHANT REFUND TERMINAL 426975 SHEIN COM 844 80225 NY XXXXXXXXXXXX6642 | | $6.93 | $43,755.05 |
| 10/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 5131Q 25E0 Amzn com WA XXXXXXXXXXXX6642 | -$95.88 | | $43,659.17 |
| 10/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 51674 15Y0 Amzn com WA XXXXXXXXXXXX6642 | -$12.44 | | $43,646.73 |
| 10/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 443186 WILDBERRY BROOKLYN NY XXXXXXXXXXXX6642 | -$17.15 | | $43,629.58 |
| 10/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 400097 KIDS WORLD 718 94399 NY XXXXXXXXXXXX6642 | -$14.56 | | $43,615.02 |
| 10/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$2.10 | | $43,612.92 |
| 10/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Dallas (GrapCarrollto TX XXXXXXXXXXXX6642 | -$3.35 | | $43,609.57 |
| 10/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL 517WM 9YF1 Amzn com WA XXXXXXXXXXXX6642 | -$17.99 | | $43,591.58 |
| 10/02 | DEBIT PURCHASE | -$2.10 | | $43,589.48 |

 © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:** XXXXXX1912
**Statement Date:** 10/02/2026


7787 0027961 0015-0016 7787

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Melvil le Melville NY XXXXXXXXXXXX6642 | | | |
| 10/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 426975 SWEET FAVORITE C AKE SH929 63411 NY XXXXXXXXXXXX6642 | -$55.50 | | $43,533.98 |
| 10/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401339 Nyx Canteen Melvil le Melville NY XXXXXXXXXXXX6642 | -$2.10 | | $43,531.88 |
| 10/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 401134 FARMERS FR A2AC7F 4CF 131 22290 IL XXXXXXXXXXXX6642 | -$15.23 | | $43,516.65 |
| **Ending Balance** | | | | **$43,516.65** |

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |
| **Total Return Fees** | $0.00 | $0.00 |

 © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

**Account Number:** XXXXXX1912
**Statement Date:** 10/02/2026


P.O. Box 558
Wayne, NJ 07474-0558

7787 0027962 0016-0016 7787

## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**

 © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.